*Texas A&M Queer Empowerment Council v. Mahomes, et al.*

# Exhibit 1 to Verified Complaint for Civil Rights Violations

Agenda Item No.

**THE TEXAS A&M UNIVERSITY SYSTEM**
Office of the Board of Regents
February 28, 2025

Members, Board of Regents
The Texas A&M University System

Subject:   Adoption of a Resolution Regarding Certain Public Events on the Campuses of Universities in The Texas A&M University System

Approval of the following resolution is recommended:

"WHEREAS, Texas Education Code Section 85.21 grants the Board of Regents (Board) the power and the obligation to establish rules and regulations as needed for the proper government of The Texas A&M University System (System); and

WHEREAS, the eleven universities within the System (collectively the 'Universities') are under the management and control of the Board pursuant to applicable provisions of the Texas Education Code; and

WHEREAS, the Board necessarily uses its discretion when carrying out its responsibility for the proper governance of the System and the proper management of the Universities; and

WHEREAS, the Board recognizes and supports the efforts of the Universities' student, staff and faculty organizations, to foster a sense of community and belonging for the many students, staff and faculty of the Universities from varied backgrounds; and

WHEREAS, the Board is aware that each of the Universities operate and maintain meeting rooms, theaters, auditoriums, and other venues available to student, staff and faculty organizations in which the organizations periodically host events that are open to members of the public (Special Event Venues); and

WHEREAS, the Board recognizes a special interest in maintaining the Universities' Special Event Venues as limited forums for the purpose of promoting the mission of the System to provide education, conduct research, commercialize technology, offer training and deliver services for the people of Texas and beyond; and

WHEREAS, the Board finds that it is inconsistent with the System's mission and core values of its Universities, including the value of respect for others, to allow Special Event Venues of the Universities to be used for drag shows that involve biological males dressing in women's clothing, wearing exaggerated female make up and/or exaggerated prosthetics meant to parody the female body type, and that are: open to the public; involve sexualized, vulgar or lewd conduct; and involve conduct that demeans women (Drag Show Events); and

WHEREAS, the Board finds that Drag Show Events are likely to create or contribute to a hostile environment for women contrary to System anti-discrimination policy and Title IX of the Education Amendments of 1972 (Title IX), as these events often involve unwelcome and objectively offensive conduct based on sex for many members of the respective communities of the Universities, particularly when they involve the mockery or objectification of women; and

Agenda Item
February 28, 2025

WHEREAS, the Board is advised that there are alternative locations for such events at off-campus venues and private facilities near the Universities; and

WHEREAS, the Board acknowledges President Trump's Executive Order issued January 20, 2025, entitled *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*. The Board further acknowledges that the Executive Order recognizes two sexes, male and female, and specifies that the federal government shall not promote gender ideology; and

WHEREAS, the Executive Order further provides that federal funds shall not be used to promote gender ideology; and

WHEREAS, the Board acknowledges Governor Abbott's letter dated January 30, 2025, expressing support for the Executive Order and directing state agencies to "comply with the law and the biological reality that there are only two sexes – male and female"; and

WHEREAS, given that both the System and the Universities receive significant federal funding, the use of facilities at the Universities for Drag Show Events may be considered promotion of gender ideology in violation of the Executive Order and the Governor's directive; now, therefore, be it

RESOLVED, that it is the policy of the Board of Regents that Drag Show Events shall not be held at Special Event Venues on any of the campuses of the Universities, from and after the date of this resolution; and, be it, further

RESOLVED, that the Board of Regents directs the Chancellor and the President of each of the Universities to take the actions necessary to implement the policy set forth above, including action to cancel any upcoming Drag Show Events and to review and, as needed, to revise the university's procedures for the use of its Special Event Venues to ensure compliance with (a) the policy expressed in this resolution, (b) the above-referenced Executive Order from President Trump and directive from Governor Abbott , and (c) other state and federal law, including Title IX and its promise of a discrimination-free educational environment.

ADOPTED, this 28th day of February 2025."