*Texas A&M Queer Empowerment Council v. Mahomes, et al.*

# Exhibit 2 to Verified Complaint for Civil Rights Violations



Office of General Counsel

# The Texas A&M University System

February 28, 2025

**To:** System Presidents

**From:** John Sharp
Chancellor

**RE:** Public Event Resolution

---

    In a special telephonic meeting held earlier today, our Board of Regents adopted the attached resolution regarding certain public events on the campuses of the universities in the A&M System.

    This resolution directs our university presidents to take actions to cancel any "Drag Show Events" (as defined in the resolution), and to make any necessary revisions to your university's procedures relating to the use of your public event venues.

    Please take prompt action to implement the directives set forth in the resolution. If you have any questions, please contact Ray Bonilla, rbonilla@tamus.edu, 979-845-6122.

Attachment

cc: Executive Committee