IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEXAS A&M QUEER EMPOWERMENT COUNCIL,<br><br>            Plaintiff,<br><br>    v.<br><br>WILLIAM "BILL" MAHOMES, ROBERT L. ALBRITTON, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. "RANDY" BROOKS, JAY GRAHAM, MICHAEL A. "MIKE" HERNANDEZ III, MICHAEL J. PLANK, SAM TORN, and CAGE SAWYERS in their official capacities as members of the Board of Regents of the Texas A&M University System;<br><br>JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System, and<br><br>MARK A. WELSH III, in his official capacity as President of Texas A&M University,<br><br>            Defendants. | CASE NO. 4:25-cv-00992 |

**ORDER GRANTING PLAINTIFF'S MOTION FOR A <u>TEMPORARY RESTRAINING ORDER</u>**

      Having fully considered Plaintiff Texas A&M Queer Empowerment Council's Motion for a Temporary Restraining Order, and the oppositions to the Motion (if any), the Court finds that Plaintiff has demonstrated good cause for the Court to issue a Temporary Restraining Order to maintain the status quo and prevent immediate irreparable harm to Plaintiffs' First Amendment rights. Plaintiff has demonstrated (a) a substantial likelihood of success on the merits of their First Amendment claims; (b) Plaintiff will suffer irreparable harm absent immediate injunctive relief; and (c) the public interest favors this temporary restraining order.

Thus, the Court hereby GRANTS the Motion and ORDERS that:

1. Defendants and their agents, officials, servants, employees, and persons acting in concert with them, are prohibited from enforcing the Texas A&M Board of Regents "Adoption of a Resolution Regarding Certain Public Events on the Campuses of Universities in the Texas A&M University System," dated February 28, 2025, to cancel the March 27, 2025 performance of *Draggieland*, or any rehearsal in advance of the March 27 performance.

2. Defendants and their agents, officials, servants, employees, and persons acting in concert with them, are prohibited from cancelling the March 27, 2025, performance of *Draggieland*, or any rehearsal in advance of the March 27 performance, on the basis of the viewpoint or content of *Draggieland*.

3. Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiffs are not required to post a bond for this temporary restraining order.

4. This temporary restraining order shall take effect immediately, and remains in effect until further order of this Court.

A hearing on Plaintiff's motion for a preliminary injunction will be held on _____ at _____. Defendants shall file any opposition no later than _____, and Plaintiff may file a reply no later than _____.

**IT IS SO ORDERED.**

Signed this ____ day of March, 2025, at _____AM/PM

_____
UNITED STATES DISTRICT JUDGE