IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEXAS A&M QUEER EMPOWERMENT COUNCIL,<br><br>                Plaintiff,<br><br>       v.<br><br>WILLIAM "BILL" MAHOMES, ROBERT L. ALBRITTON, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. "RANDY" BROOKS, JAY GRAHAM, MICHAEL A. "MIKE" HERNANDEZ III, MICHAEL J. PLANK, SAM TORN, and CAGE SAWYERS in their official capacities as members of the Board of Regents of the Texas A&M University System;<br><br>JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System, and<br><br>MARK A. WELSH III, in his official capacity as President of Texas A&M University,<br><br>                Defendants. | CASE NO. 4:25-cv-992 |

**ORDER GRANTING PLAINTIFF'S MOTION FOR
<u>A PRELIMINARY INJUNCTION</u>**

Having fully considered Plaintiff Texas A&M Queer Empowerment Council's Motion for a Preliminary Injunction, and the oppositions to the Motion (if any), the Court finds that Plaintiff has demonstrated good cause for the Court to grant Plaintiff's motion. The Court finds that Plaintiff has demonstrated (a) a substantial likelihood of success on the merits of their First Amendment claims; (b) Plaintiff will suffer irreparable harm absent a preliminary injunction; and (c) the public interest favors this injunction.

Thus, the Court hereby GRANTS the Motion and ORDERS that:

1. Defendants and their agents, officials, servants, employees, and persons acting in concert with them, are enjoined from enforcing the Texas A&M Board of Regents "Adoption of a Resolution Regarding Certain Public Events on the Campuses of Universities in the Texas A&M University System," dated February 28, 2025.

2. Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiff is not required to post a bond for this preliminary injunction.

3. This preliminary injunction shall take effect immediately, and remains in effect until further order of this Court.

**IT IS SO ORDERED.**

Signed this _____ day of _____, 2025

_____
UNITED STATES DISTRICT JUDGE