IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEXAS A&M QUEER EMPOWERMENT COUNCIL, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM "BILL" MAHOMES, ROBERT L. ALBRITTON, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. "RANDY" BROOKS, JAY GRAHAM, MICHAEL A. "MIKE" HERNANDEZ III, MICHAEL J. PLANK, SAM TORN, and CAGE SAWYERS in their official capacities as members of the Board of Regents of the Texas A&M University System; <br><br> JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System, and <br><br> MARK A. WELSH III, in his official capacity as President of Texas A&M University, <br><br> Defendants. | CASE NO. 4:25-cv-992 |

## **RULE 65.1 CERTIFICATION**

I, JT Morris, counsel for Plaintiff Texas A&M Queer Empowerment Council, certify that I made the following efforts to give notice of Plaintiff's motion for a temporary restraining order:

- Emailed copies of the Verified Complaint and Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction to Zachary Berg, Special Counsel, Attorney General for the State of Texas, at zachary.berg@oag.texas.gov.

- Plaintiffs are also making immediate efforts to personally serve each Defendant with process and a copy of Plaintiff's motion.

Dated: March 5, 2025

Respectfully submitted,

/s/ JT Morris
JT Morris (Tex. Bar No. 24094444, S.D. Tex. Bar. No. 3163670)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
(215) 717-3473
700 Pennsylvania Ave., Suite 340
Washington, D.C. 20003
jt.morris@thefire.org

Adam Steinbaugh (Cal. Bar No. 304829)*
Jeffrey D. Zeman (Penn. Bar No. P328570)*
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
adam@thefire.org
jeff.zeman@thefire.org

*Pro hac vice motion forthcoming*

**Attorneys for Plaintiff**
**Texas A&M Queer Empowerment Council**