UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-00992 |
|---|---|---|---|
| Texas A&M Queer Empowerment Council | | | |
| *versus* | | | |
| William "Bill" Mahomes, Robert L. Albritton, David C. Baggett, John W. Bellinger, James R. "Randy" Brooks, Jay Graham, Michael A. "Mike" Hernandez III, Michael J. Plank, and Sam Torn in their official capacities as members of the Board of Regents of the Texas A&M University System; John Sharp, in his official capacity as Chancellor of the Texas A&M University System; Mark A. Welsh III, in his official capacity as the President of Texas A&M University | | | |

| | |
|---|---|
| Lawyer's Name | Adam B. Steinbaugh |
| Firm | Foundation for Individual Rights and Expression (FIRE) |
| Street | 510 Walnut Street, Suite 900 |
| City & Zip Code | Philadelphia, PA 19106 |
| Telephone & Email | (215) 717-3473<br>adam@thefire.org |
| Licensed: State & Number<br>Federal Bar & Number | CA Bar No. 304829, PA Attorney ID No. 326475 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Plaintiff Queer Empowerment Council |

Has applicant been sanctioned by any bar association or court? Yes ____ No ✔

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 3/6/2025 | Signed: /s/ Adam B. Steinbaugh |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: ____________________________ ____________________________________

United States District Judge