# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| TEXAS A&M QUEER EMPOWERMENT COUNCIL, | |
| *Plaintiffs*, | |
| v. | |
| WILLIAM "BILL" MAHOMES, ROBERT L. ALBRITTON, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. "RANDY" BROOKS, JAY GRAHAM, MICHAEL A. "MIKE" HERNANDEZ III, MICHAEL J. PLANK, SAM TORN, and CAGE SAWYERS in their official capacities as members of the Board of Regents of the Texas A&M University System; | CASE NO. 4:25-cv-992 |
| JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System, and | |
| MARK A. WELSH III, in his official capacity as President of Texas A&M University, Defendants. | |
| *Defendants.* | |

## NOTICE OF APPEARANCE OF LEAD COUNSEL

Defendants WILLIAM MAHOMES, ROBERT L. ALBRITTON, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. BROOKS, JAY GRAHAM, MICHAEL A. HERNANDEZ III, MICHAEL J. PLANK, SAM TORN, AND CAGE SAWYERS, in their official capacities as members for the Board of Regents of Texas A&M University System; JOHN SHARP, in his official capacity as Chancellor of Texas

1

A&M University, and MARK A. WELSH III, in his official capacity as President of Texas A&M University files this Notice of Appearance of Lead Counsel and hereby notifies the Court that Special Counsel Zachary Berg will appear as lead counsel for Defendants in the above-captioned case. Mr. Berg is admitted to practice in this Court and is a member in good standing with the State Bar of Texas.

Defendants respectfully requests that the parties and the Court copy Mr. Berg on all future papers filed or served in this action.

Dated March 7, 2025.

Respectfully submitted.

KEN PAXTON
Attorney General

/s/ Zachary Berg
ZACHARY BERG
Special Counsel
Tex. State Bar No. 24107706
SDTX No. 3481711

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

MARK A. CSOROS
Assistant Attorney General
Texas State Bar No. 24142814
SDTX No. 3896171

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998
SDTX No. 882329

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Zachary.Berg@oag.texas.gov
Mark.Csoros@oag.texas.gov
Ryan.Kercher@oag.texas.gov

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2025, a true and correct copy of the foregoing document was served on all counsels of record.

/s/ Zachary Berg
ZACHARY BERG