**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

TEXAS A&M QUEER EMPOWERMENT COUNCIL,

Plaintiff,

v.

WILLIAM "BILL" MAHOMES, ROBERT L. ALBRITTON, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. "RANDY" BROOKS, JAY GRAHAM, MICHAEL A. "MIKE" HERNANDEZ III, MICHAEL J. PLANK, SAM TORN, and CAGE SAWYERS in their official capacities as members of the Board of Regents of the Texas A&M University System;

JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System, and

MARK A. WELSH III, in his official capacity as President of Texas A&M University,

Defendants.

CASE NO. 4:25-cv-992

**RULE 7.1 DISCLOSURE STATEMENT**

Under Fed. R. Civ. P. 7.1, Plaintiff Texas A&M Queer Empowerment Council states that it has no parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated: March 10, 2025

Respectfully submitted,

/s/ JT Morris

JT Morris (Tex. Bar No. 24094444, S.D. Tex. Bar. No. 3163670)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
(215) 717-3473

700 Pennsylvania Ave., Suite 340
Washington, D.C. 20003
jt.morris@thefire.org

Adam Steinbaugh (Cal. Bar No. 304829)*
Jeffrey D. Zeman (Penn. Bar No. P328570)*
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
adam@thefire.org
jeff.zeman@thefire.org

* *Pro hac vice motion pending*

**Attorneys for Plaintiff**
**Texas A&M Queer Empowerment Council**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 10th day of March, 2025, a true and correct copy of the above document was served via the CM/ECF system to all counsel of record.

/s/ JT Morris

JT Morris