# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Texas A&M Queer Empowerment Council

v.                                                    Case Number: 4:25−cv−00992

William Mahomes, et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Motion Hearing set for 3/18/2025 at 09:00 AM before Judge Lee H Rosenthal.

**PLACE**
Courtroom 11B
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: March 10, 2025

Nathan Ochsner, Clerk, Clerk
s/ 4 GlendaHassan, Deputy Clerk