**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| TEXAS A&M QUEER EMPOWERMENT COUNCIL,<br><br>*Plaintiff*,<br><br>v.<br><br>WILLIAM "BILL" MAHOMES, ROBERT L. ALBRITTON, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. "RANDY" BROOKS, JAY GRAHAM, MICHAEL A. "MIKE" HERNANDEZ III, MICHAEL J. PLANK, SAM TORN, CAGE SAWYERS, JOHN SHARP, and MARK A. WELSH, in their official capacities,<br><br>*Defendants*. | Civil Case No. 4:25-cv-992<br><br>**JOINT MOTION SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Plaintiff Texas A&M Queer Empowerment Council and Defendants William "Bill" Mahomes, Robert L. Albritton, David C. Baggett, John W. Bellinger, James R. "Randy" Brooks, Jay Graham, Michael A. "Mike "Hernandez III, Michael J. Plank, Sam Torn, Cage Sawyers, John Sharp, and Mark A. Welsh, in their official capacities, jointly move for an Order setting a briefing schedule on Plaintiff's motion for a temporary restraining order and preliminary injunction. Good cause exists to grant this motion, as follows:

1. This action involves allegations by Plaintiff that Defendants violated First Amendment rights under the United States Constitution. The Complaint consists of three separate causes of action. *See* Docket No. 1.

2. Plaintiff has moved for a temporary restraining order seeking to restrain Defendants from canceling a drag performance scheduled for March 27, 2025, and seeking a

preliminary injunction enjoining Defendants from enforcing a prohibition on student drag shows on the campuses of the Texas A&M University System (the "Motion"). *See* Docket No. 3.

3. Plaintiff and Defendants understand this Court will set a hearing on the Motion for March 18, 2025.

4. Plaintiff and Defendants have agreed upon and jointly propose a briefing schedule in advance of the March 18 hearing.

5. Plaintiff and Defendants jointly propose the Court set a briefing schedule as follows:

a. Defendants' opposition to the motion for a temporary restraining order and preliminary injunction shall be due on or before March 13; and

b. Plaintiff's reply to the Defendants' opposition shall be due on or before March 17.

Dated: March 10, 2025

Respectfully submitted,

/s/ JT Morris

JT Morris (Tex. Bar No. 24094444; S.D. Tex. Bar No. 3163670)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
(215) 717-3473
700 Pennsylvania Ave., Suite 340
Washington, D.C. 20003
jt.morris@thefire.org

Adam Steinbaugh (Cal. Bar No. 304829)*
Jeffrey D. Zeman (Mich. Bar No. P76610)*
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
adam@thefire.org
jeff.zeman@thefire.org

* Admitted pro hac vice.

**Attorneys for Plaintiff**
**Texas A&M Queer Empowerment Council**

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

*/s/ Zachary Berg*
ZACHARY BERG
Special Counsel
Tex. State Bar No. 24107706
SDTX No. 3481711

MARK A. CSOROS
Assistant Attorney General
Texas State Bar No. 24142814
SDTX No. 3896171

RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998
SDTX No. 882329

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Zachary.Berg@oag.texas.gov
Mark.Csoros@oag.texas.gov
Ryan.Kercher@oag.texas.gov

COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2025, I electronically filed the foregoing Joint Motion Setting Briefing Schedule on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction with the Clerk of the United States District Court for the Southern District of Texas using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ JT Morris