**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| TEXAS A&M QUEER EMPOWERMENT COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM "BILL" MAHOMES, ROBERT L. ALBRITTON, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. "RANDY" BROOKS, JAY GRAHAM, MICHAEL A. "MIKE" HERNANDEZ III, MICHAEL J. PLANK, SAM TORN, and CAGE SAWYERS in their official capacities as members of the Board of Regents of the Texas A&M University System;<br><br>JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System, and<br><br>MARK A. WELSH III, in his official capacity as President of Texas A&M University,<br><br>Defendants. | CASE NO. 4:25-cv-992 |

**ORDER GRANTING JOINT MOTION SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff Texas A&M Queer Empowerment Council and Defendants William "Bill" Mahomes, Robert L. Albritton, David C. Baggett, John W. Bellinger, James R. "Randy" Brooks, Jay Graham, Michael A. "Mike "Hernandez III, Michael J. Plank, Sam Torn, Cage Sawyers, John Sharp, and Mark A. Welsh, in their official capacities, having jointly moved for an Order setting a briefing schedule on Plaintiff's motion for a temporary restraining order and preliminary injunction (Docket No. 3),

**NOW**, it is hereby **ORDERED** that the following briefing schedule shall apply to Plaintiff's motion:

1. Defendants' opposition to the motion for a temporary restraining order and preliminary injunction shall be due on or before March 13; and

2. Plaintiff's reply to the Defendants' opposition shall be due on or before March 17.

**IT IS SO ORDERED.**

Signed this ____ day of March, 2025

________________________________________

**UNITED STATES DISTRICT JUDGE**