United States District Court
Southern District of Texas
**ENTERED**
March 12, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEXAS A&M QUEER EMPOWERMENT COUNCIL, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM "BILL" MAHOMES, ROBERT L. ALBRITTON, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. "RANDY" BROOKS, JAY GRAHAM, MICHAEL A. "MIKE" HERNANDEZ III, MICHAEL J. PLANK, SAM TORN, and CAGE SAWYERS in their official capacities as members of the Board of Regents of the Texas A&M University System; <br><br> JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System, and <br><br> MARK A. WELSH III, in his official capacity as President of Texas A&M University, <br><br> Defendants. | CASE NO. 4:25-cv-992 |

### ORDER GRANTING JOINT MOTION SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff Texas A&M Queer Empowerment Council and Defendants William "Bill" Mahomes, Robert L. Albritton, David C. Baggett, John W. Bellinger, James R. "Randy" Brooks, Jay Graham, Michael A. "Mike "Hernandez III, Michael J. Plank, Sam Torn, Cage Sawyers, John Sharp, and Mark A. Welsh, in their official capacities, having jointly moved for an Order setting a briefing schedule on Plaintiff's motion for a temporary restraining order and preliminary injunction (Docket No. 3),

**NOW**, it is **ORDERED** that the following briefing schedule will apply to Plaintiff's motion:

1. Defendants' opposition to the motion for a temporary restraining order and preliminary injunction is due on or before March 13; and

2. Plaintiff's reply to the Defendants' opposition is due on or before March 17.

Signed this 12th day of March, 2025

_____
**UNITED STATES DISTRICT JUDGE**