# Exhibit B



GOVERNOR GREG ABBOTT

January 30, 2025

Dear Chairmen and Executive Directors:

This office has consistently reiterated a simple truth: The State of Texas recognizes only two sexes—male and female—and sex discrimination consists in treating a member of one sex less favorably than the other, absent some pertinent difference.[1]

Others have sought to distort the guarantee that men and women must be treated equally in order to impose mandates concerning sexual orientation and gender identity. For example, Travis County courts purported to instruct state agencies to change an individual's "sex" designation on birth certificates and driver's licenses to reflect supposed gender identity. These instructions were not grounded in any recognized state cause of action, were issued in proceedings where no agency was a party, and contradicted both statutory law and biological reality. Consistent with state law, the Texas Department of Public Safety (DPS) and Department of State Health Services (DSHS) have rightly refused to observe these lawless pronouncements.

On January 20, 2025, President Donald Trump issued an Executive Order, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, rejecting similar efforts by the Biden-Harris Administration to distort commonsense notions of biological sex. Section 2 of the President's Executive Order provides that "[i]t is the policy of the United States to recognize two sexes, male and female. These sexes are not changeable and are grounded in fundamental and incontrovertible reality." This understanding "shall govern all … application of Federal law." And it confirms what my office has repeatedly stressed before.

As the Chief Executive Officer of the State, I direct you to follow state and federal law. All Texas agencies must ensure that agency rules, internal policies, employment practices, and other actions comply with the law and the biological reality that there are only two sexes—male and female.

Sincerely,

Greg Abbott
Governor

---

[1] *See* Letter from Governor Greg Abbott to President Joe Biden (April 29, 2024); Letter from Governor Greg Abbott to Chairmen and Regents (May 8, 2024).