# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEXAS A&M QUEER EMPOWERMENT COUNCIL,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM "BILL" MAHOMES, ROBERT L. ALBRITTON, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. "RANDY" BROOKS, JAY GRAHAM, MICHAEL A. "MIKE" HERNANDEZ III, MICHAEL J. PLANK, SAM TORN, and CAGE SAWYERS in their official capacities as members of the Board of Regents of the Texas A&M University System; JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System, and MARK A. WELSH III, in his official capacity as President of Texas A&M University,<br><br>*Defendants*. | **CASE NO. 4:25-cv-992** |

### DECLARATION OF THOMAS W. REBER

Pursuant to 28 U.S.C. § 1746, I, Thomas W. Reber, declare the following:

1. My name is Thomas W. Reber. I am over eighteen (18) years of age and competent to make the following statement. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I am the Interim Vice President for Student Affairs for Texas A&M University. In my role as Interim Vice President for Student Affairs at Texas A&M University, I provide administrative supervision for the departments of Residence Life and Recreational Sports, and am the division liaison for Technology Services, Facilities Management, Human Resources and Finance. I also lead the division budget review and resource allocation processes.

3. Texas A&M University is a public institution of higher education that is part of The Texas A&M University System ("A&M System"). On February 28, 2025, the Texas A&M System Board of Regents met and adopted a resolution banning drag performances from taking place on any of its eleven university campuses.

4. Later that afternoon, I was instructed by Texas A&M University President Mark A. Welsh III to cancel the 2025 "Draggieland" drag performance hosted by the student organization Queer Empowerment Council (QEC) at Rudder Theatre in compliance with the Board's Resolution.

5. All ticket sales for the 2025 Draggieland event scheduled for March 27, 2025 have been suspended. All previously purchased tickets, consisting of 168 tickets totaling $6,645.50, were refunded in full on March 3, 2025.

6. QEC has been allowed to reserve and use Texas A&M facilities for non-drag performance activities since its founding in 2023 and I anticipate these will continue. These events include:

    a. QEC hosted a Town Hall on September 22, 2023 in the Innovative Learning Classroom Building, Room 229;

    b. QEC held a Winter Wonderland on January 18, 2024 in the Innovative Learning Classroom Building, Room 237;

    c. QEC hosted "The Coming Out Monologues" on April 5, 2024 in Rudder Forum;

    d. QEC held Pride Mentors socials on March 4, 2024 in the Blocker Building, Room 169, and April 4, 2024 in Innovative Learning Classroom Building, Room 111; and

  e. QEC hosted its Lavender Graduation event on April 28, 2024 in the Memorial Student Center, Bethancourt Ballrooms D & E.

7. As Interim Vice President for Student Affairs at Texas A&M University, I am aware that Rudder Theater, which is located in the Rudder Theatre Complex, seats 750 people. I am aware that the following event facilities in the near vicinity of Texas A&M University also seat 750 or more people and are available for rent by the public:

  a. Brazos Center, 3232 Briarcrest Drive, Bryan, TX 77802;

  b. Wolf Pen Creek Amphitheater, 1015 Colgate Drive, College Station, TX 77840;

  c. Hilton College Station & Conference Center, 801 University Dr E, College Station, TX 77840;

  d. Brazos County Expo Complex, 5827 Leonard Rd, Bryan, TX 77807.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2025.

                            THOMAS W. REBER