# Exhibit I






