# Exhibit J

# Rudder Theatre Complex

## Standard Operation Procedure

EMS Information

Event Scheduling, Coordination, & Invoicing

Venue Staffing & Resource Notes

Version 1.12

July 2024

# Table of contents:

- **Current Staff & Roles**          3
- **Requests**
  - Venues Inside Rudder Theatre Complex    4
  - Event Support Not in Rudder Theatre Complex    5
- **EMS**
  - Initial Information & Setup      7
  - Status Explanation      9
  - Print & Email Templates      10
  - Printing & Emailing      17
  - Attachments      18
- **Processes**
  - Scheduling & Payment      20
  - Event Confirmation      22
  - Event Staffing & Execution      27
  - Finalization & Invoicing      28
  - Front Office Paperwork Schedule      29
- **Misc.**
  - Staff & Scheduling Notes per Venue      31
  - Auxiliary Campus Services      36
  - Virtual Event Support      37
  - LASSO Scheduling Plan & Notes      38
  - EMS Image References      40

**Current staff & roles per this document:**

| | |
|---|---|
| Associate Director: | Jason Muchow |
| Assistant Directors: | Clint Netherland |
| | Jarrett Hervey |
| Office Manager: | Shanna Wright |
| Event Managers: | Jason Muchow |
| | Clint Netherland |
| | Jarrett Hervey |
| | Shanna Wright |
| | Krissie Day |
| | Amanda Rogers |
| | Ben Leonido |
| | Sarah Hamilton |
| Office Associate: | Rosa Garza |
| Office Student Workers: | Supervised by Shanna Wright |
| Event Student Workers: | Supervised by Clint Netherland |

**REQUESTS - VENUES IN RUDDER THEATRE COMPLEX**

- **Initial Request(s) from Client**
  - **External Clients (non A&M or A&M System affiliated)**
    - Primary responsibility: Office Manager and/or Associate Director
    - Inform requester that external customers <u>must</u> go thru the External Event Process to reserve venues under University Center purview
      - Website Link: https://specialevents.ucenter.tamu.edu/external-clients/#uc-facility-nav
      - Website directions:
        - Open http://ucenter.tamu.edu
        - Select [Special Events] under [Facilities] tab
        - Select [External Clients] in window
    - Form must be completed, returned, & approved <u>before</u> space can be reserved, events discussed in depth, or accurate estimates created
  - **Campus & System affiliated**
    - Call-in & walk-in Requests
      - Primary responsibility: Office Associate or Office Student Worker
      - Refer to our website: https://rtc.ucenter.tamu.edu/reservations/ or https://tx.ag/reserverudder
      - Do not confirm space or resource availability or discuss pricing
    - Current Semester Requests
      - Primary responsibility: Office Manager or Event Manager
      - Carry forward previous paperwork OR create new paperwork
      - Ensure contact information is correct & try to confirm account number
      - Print tentative (attach email or paper request form)
        - Proper information & setup found on PAGE 10
      - Attach request form to Reservation in EMS
    - Future Requests
      - Primary responsibility: Office Manager
        - Work within parameters of future booking procedures (PAGE 19)

**Primary organization contacts**
  - Jarrett Hervey - Assistant Director
    - MSC organizations (OPAS, Town Hall, SCONA, etc.)
    - Chi Omega
  - Krissie Day – Senior Stage Manager
    - BVSO (Brazos Valley Symphony)
    - AVPA (Acad of Visual & Performing Arts)
    - University Bands
    - ROTC Programs
  - Shanna Wright – Senior Office Manager
    - Corps of Cadets
    - Conferences
    - Questions regarding reservation process

**REQUESTS - RUDDER THEATRE COMPLEX SUPPORT AT OTHER FACILITIES**

- **Examples of support**
  - Staging, lighting, draping, sound, etc.
- **Limitations of support**
  - Most of the time, we only support on-campus entities with on-campus events
  - Very limited support for off-campus events
- **Initial request process for call-in**
  - Primary responsibility: Office Student Worker
  - Determine appropriate person to email & give that information to caller
    - Ask them to be detailed in their request, to include:
      - Name, organization, date of event, needs, etc.
- **Generating initial paperwork**
  - Primary responsibility: Event Managers
  - Create new paperwork OR carry forward previous paperwork
  - If existing client, ensure contact information is correct & try to confirm account number
  - If new customer, email Office Manager with:
    - Primary contact info (email, phone, etc.) & if applicable Company name & info
  - Print tentative (attach email or paper request form)
    - Proper information & setup found (PAGE 11)

**REQUESTS - RUDDER THEATRE COMPLEX SUPPORT AT OTHER FACILITIES**

- **Primary organization and/or facility contacts**
  - Jason Muchow
    - Organizations:
      - Corps of Cadets, MSC Town Hall, President's Office, & Regent's Office
    - Event Types:
      - Specialized events, groundbreakings, ribbon cuttings, festivals, etc.
  - Clint Netherland
    - Organizations:
      - College of Ag, Vet Med, Mays Business School
    - Primary Locations:
      - Hildebrand Equine Complex, AgriLife, Vet Med, Wehner, ILCB
    - Event Types
      - Dinners, banquets, recognitions, table/chair rentals
  - Amanda Rogers
    - Organizations:
      - 12th Man Foundation, Texas A&M Foundation, Engineering
    - Primary Locations
      - Zachry, Administration Building, Kyle Field, Reed Arena, Hagler
    - Event Types
      - Dinners, banquets, galas, sound system rentals
  - Ben Leonido
    - Organization & Location
      - TAMU Hotel (all event types) & ILSB
  - Sarah Hamilton
    - Organizations:
      - George & Barbara Bush Foundation
    - Locations:
      - Aggie Park & Bush 4141/Marine One Pavilion
    - Event Types
      - Dinners, banquets, galas, sound system rentals

**EMS - INFORMATION & DOCUMENTATION SETUP**

**Initial Setup:**
- The first launch of EMS by a user will require the following info:
  - Server:        mssql.dsa.reldom.tamu.edu\ems
  - Database:      EMS
- The next window that will come up will prompt you for your username & password. Once entered, select "OK" to continue. The standard that our division is using for login usernames is: "first name" + "last initial".

**Basic terminology:**
- Reservation:
  - The Reservation is the collection of all events related to a particular event or series of events.
  - Each Reservation can contain anywhere from 1 to 100+ individual bookings.
  - The reservation is what holds the client information for contact & billing purposes.
  - Each reservation is assigned a unique ID. This number is printed on all paperwork & is used for quick reference throughout EMS.
- Booking:
  - The Booking is the term for an actual "event".
  - A Booking can be a simple equipment delivery, a venue reset, an actual production or a simple notation for billing purposes.
  - To think of this easily, a reservation is a conference & a booking is a session.
- Reserved Time:
  - The Reserved Time is the time that RTC staff will be utilized for an event.
- Booking Time:
  - The Booking Time is the expected times for the individual event. These times *have* to fall within the reserved time window.
- Building:
  - EMS views a collection of rooms as a Building. Most of our "Buildings" are better thought of as groups of spaces (on-campus, off-campus, athletic facilities, etc.)
- Room:
  - The Room is the event location.
- Status:
  - A reservation or booking Status is an <u>internal</u> reference for an event's detail completion level. The different levels that RTC uses are explained later in this document.

**EMS - INFORMATION & DOCUMENTATION SETUP (cont.)**

- **The Book:**
  - After clicking the [Book] button in the top menu bar, select the [Options] button in the top-right corner of the book:
  - Select "500" in the "Maximum Number of Rooms" portion of the dialog box
  - Select "Room Description" in the "Room Display" portion of the dialog box
  - Select "Building Description" in the "Building Display" portion of the dialog box
  - Click [OK] in the lower right portion.
  - The Book is the standard view that we use in this office. This lists all rooms, broken down by building. The color scheme is determined by a particular booking status (explained later). The book has several different viewing options (daily, weekly or monthly) – this is personal preference and is determined by clicking the desired style from the "View:" drop down in the top left portion of the window.

- **The Navigator Tool:**
  - The Navigator tool is a quick option for going directly to a <u>reservation</u>.
  - When you click the [Navigator] button, it will list the last 10 reservations that the user has viewed/modified since opening EMS and has a location to type in a specific reservation ID –
    - This ID # is listed on all printer paperwork in the upper right corner.
    - If you enter the reservation ID and hit OK, EMS will automatically open that specific reservation.

- **Pricing Plan:**
  - The Pricing Plan is assigned to each group at creation & is used campus wide for pricing.
  - Below is what pricing plan should be used for each type of group:
    - External Entities          "External Groups"
    - Academic Departments       "Sponsored Groups (Dept)"
    - Other Campus Groups        "Sponsored Groups (Dept)"
    - TAMU Affiliates            "Sponsored Groups (Dept)"
    - Student Organizations      "University Group"

- **Event Type:**
  - Located directly under the event name in the Booking Information window.
  - Will be used by SSC for custodial reports & cleaning schedules
  - This will help ensure that venues that need cleaning are being cleaned & spaces that aren't being used don't get needlessly added to schedules.
  - For attended events, use the appropriate Event Type based on audience expectations
    - Auditorium Orchestra:       "RTC-Auditorium 1st Floor"
    - Auditorium Orch & Balc:     "RTC-Auditorium Both Floors"
    - Theatre                     "RTC-Theatre"
    - Forum                       "RTC-Forum"
    - Exhibit Hall                "RTC-Exhibit Hall Event"
  - For setups, pre-hangs, rehearsals, restores, etc., please use one of the following:
    - Forum, Theatre, or Aud      "RTC-Stage Space Only"
    - Exhibit Hall                "RTC-Exhibit Hall Setup/Strike"

**EMS - STATUS MEANING & STEPS TO CHANGE**

**Status Descriptions:**
- Hold:
  - Used as an information only booking.
  - No charges will be assessed for rooms "held", but it can be used to convey information to other event managers/staff OR to ensure that additional spaces needed for an event are not used by another event.
- Tentative:
  - Statuses can change up to 3 times per event. If a request is received early enough (approx. 3 weeks out) then it will be created in EMS & treated as a Tentative status.
  - These events may have very few details, limited staffing/equipment notes and unconfirmed times.
- RTC-Internally Confirmed:
  - Once details have been discussed with the client, RTC staff believe that most details are covered, & the event is built in Lasso the event should be changed to RTC-Internally Confirmed.
  - This status should be used after staffing, event time, needs and costs are as confirmed as possible.
  - There may be minor questions awaiting answers, but the majority of info is correct and put correctly in EMS.
- RTC-Final & Confirmed:
  - The last status is Final & Confirmed.
  - This status will be used when the majority of details are covered *and* all necessary documents are scanned & attached to the event reservation in EMS.

**Steps to Change Booking Status:**
- To change an individual booking:
  - From the book, locate the desired reservation & double click OR use the navigator tool to open the desired reservation.
  - In the Reservation Window (Picture 1), select the desired booking in the reservation/booking selection pane
  - Click on the "Edit" button in the information pane
  - In the Booking Information Window (Picture 2), locate the status drop down selection on the right hand side & select the correct status
  - Click the [OK] button in the lower right hand corner
  - EMS may ask if you would like to proceed with changing critical booking information, click Yes to confirm the change.
- To change multiple booking statuses in a particular reservation:
  - In the Reservation Window, select the reservation in the reservation/booking selection pane
  - Click on the "Change Status" button in the information pane
  - Select the correct status from the status drop down selection
  - Ensure "Update Reservation Status" is checked
  - Ensure "Send Confirmation If Successful" is unchecked
  - Click the [Next >] button in the lower right hand corner
  - Locate the "Hide Cancelled Bookings" in the lower left corner & ensure it is unchecked
  - Click the [Select All] button in the lower right or highlight only desired bookings in the selection pane using the CTRL + click option
  - Click the [Finish] button in the lower right
  - Close the pop-up window

**EMS - STANDARD PRINT & EMAIL TEMPLATES**

**Printed Tentative Paperwork (white sheets):**
      Tentative paperwork should be printed as soon as an event is created, assuming the event is at least 4+ weeks out. This paperwork will be kept in our books to ensure we reach out to clients in the last weeks leading up to their event to confirm all of the event details.

*The following choices should be made in the* <span style="color:blue">*Confirmation Window*</span> *to create the "Tentative" Setup:*
- Select "(User Specified)" in the Setup Name drop down selection
- In the Buildings Tab
  - Ensure the following are in the right window:
    - Building: "Texas A&M Hotel & Conference Center"
    - Area: "Theatre Complex Venues"
    - Area: "University Center Complex"
- In the Categories Tab
  - There should be no categories in the right pane:
- In the Statuses tab
  - Ensure the following categories are in the right pane:
    - Tentative Reservation
    - Hold (can be inserted if needed/wanted)
- In the Options tab
  - Confirmation Title: "Tentative"
  - Header Message, select "(none)" from drop down box
  - Footer Message, select "(none)" from drop down box
  - Ensure that only "Suppress Pricing" & "Suppress Item Special Instructions" are checked. All others should remain unchecked.
- Once all settings are correct, click "Save" near the Setup Name drop-down in the upper left corner.
  - Name it whatever you like in the Description Box
  - Ensure "Available to ALL users" is <u>unchecked</u>
  - Click "Ok"
- This setup is now saved & can be selected for all future printings by choosing the correct option from the Setup Name drop-down list.

*Who is responsible for & when this paperwork gets printed:*
- If the event date is further than one month out:
  - The appropriate event manager should print the tentative paperwork on White paper
  - Once printed, turn it into the Office Associate for filing.
- If the event is within this or the next month of paperwork generation
  - This should be printed & given to the appropriate event manager
  - OR if a majority of the information is confirmed, then the tentative printing step should be skipped.

**EMS - STANDARD PRINT & EMAIL TEMPLATES (cont.)**

**Printed Confirmed Event Paperwork (green sheets):**

      Confirmed paperwork should be generated after a majority of information has been confirmed with the client & the event is built in Lasso. Printing should only occur if the event's status is RTC-Internally Confirmed or RTC-Final & Confirmed. Once the green sheet is printed, it should be stapled along with any other event related paperwork & turned in to the Front Office Associate for filing.

*The following choices should be made in the* Confirmation Window *to create the "Confirmed" Setup:*

- Select "(User Specified)" in the Setup Name drop down selection
- In the Buildings Tab
  - o Ensure the following are in the right window:
    - Building: "Texas A&M Hotel & Conference Center"
    - Area: "Theatre Complex Venues
    - Area: "University Center Complex"
- In the Categories Tab
  - o There should be no categories in the right pane:
- In the Statuses tab
  - o Ensure the following categories are in the right pane:
    - Tentative Reservation
    - RTC-Internally Confirmed
    - RTC-Final & Confirmed
    - Hold (can be inserted if needed/wanted)
- In the Options tab
  - o Confirmation Title: "Confirmation"
  - o Header Message, select "(none)" from drop down box
  - o Footer Message, select appropriate option from drop down box
    - In venue event: "RTC2 – Confirmed Checklist (In Venue)"
    - External venue: "RTC2 – Confirmed Checklist (Out of Venue)"
  - o Ensure that only "Suppress Pricing" & "Suppress Item Special Instructions" are checked. All others should remain <u>unchecked</u>.
- Once all settings are correct, click "Save" near the Setup Name drop-down in the upper left corner.
  - o Name appropriately in the Description Box
  - o Ensure "Available to ALL users" is <u>unchecked</u>
  - o Click "Ok"
- This setup is now saved & can be selected for all future printings by choosing the correct option from the Setup Name drop-down list.

*Who is responsible for & when this paperwork gets printed:*
- The event manager should print the confirmed paperwork on Green paper
- Once printed, turn it into the Office Associate for filing.

**EMS - STANDARD PRINT & EMAIL TEMPLATES (cont.)**

**Printed Event Reports (pink sheets):**

Event reports are made for entire reservations – <u>unless otherwise requested by the Event Manager</u>. In the Reservation Window, select the desired booking before printing these reports. Reports are printed on the day before the first date on the reservation & the RESERVATION should be selected when selecting the [Confirmation] button to print.

*The following choices should be made in the Confirmation Window to create the "Event Report" Setup:*
- Select "(User Specified)" in the Setup Name drop down selection
- In the Buildings Tab
    - Ensure the following are in the right window:
        - Building: "Texas A&M Hotel & Conference Center"
        - Area: "Theatre Complex Venues
        - Area: "University Center Complex"
- In the Categories Tab
    - Ensure the following categories are in the right pane:
        - Event Timeline
- In the Statuses tab
    - Ensure the following categories are in the right pane:
        - Confirmed
        - RTC-Final & Confirmed
        - RTC-Internally Confirmed
        - Pending Resource/Area Approval (UCEN – ES status)
        - Tentative Reservation (UCEN – ES status)
        - Under Review (UCEN – ES status)
- In the Options tab
    - Confirmation Title should read "Rudder Theatre Complex Event Report"
    - Header Message, select "RTC2 – Report Header"
    - Footer Message, select "none"
    - Ensure that only "Suppress Pricing", "Suppress Item Special Instructions", & "Suppress Logo" are checked. All others should remain <u>unchecked</u>.
- Once all settings are correct, click "Save" near the Setup Name drop-down.
    - Name appropriately in the Description Box
    - Ensure "Available to ALL users" is <u>unchecked</u>
    - Click "Ok"
- This setup is now saved & can be selected for all future printings by choosing the correct option from the Setup Name drop-down list.

*Who is responsible for & when this paperwork gets printed:*
- The front office students will print this paperwork daily on Pink paper
- Each event report will get filed in the appropriate Event Managers folder

**EMS - STANDARD PRINT & EMAIL TEMPLATES (cont.)**

**Printed Admin Invoice Report**:
  These are to be printed for any completed paperwork ready for admin processing & invoicing.

*The following choices should be made in the* <span style="color:blue">*Confirmation Window*</span> *to create the "Equipment Report" Setup:*
- Select "(User Specified)" in the Setup Name drop down selection
- In the Buildings Tab
    - Ensure the following are in the right window:
        - Building: "Texas A&M Hotel & Conference Center"
        - Area: "Theatre Complex Venues
        - Area: "University Center Complex"
- In the Categories Tab
    - Ensure the following categories are in the right pane:
        - Rudder - Equipment
        - Rudder – Staff
        - Rudder – Staff (in-venue)
- In the Statuses tab
    - Ensure the following categories are in the right pane:
        - Confirmed
        - RTC-Final & Confirmed
        - RTC-Internally Confirmed
        - Pending Resource/Area Approval (UCEN – ES status)
        - Tentative Reservation (UCEN – ES status)
        - Under Review (UCEN – ES status)
- In the Options tab
    - Confirmation Title should read "Rudder Theatre Complex Invoicing Report"
    - Header Message, select "none"
    - Footer Message, select "none"
    - All checkboxes should remain <u>unchecked</u>.
- Once all settings are correct, click "Save" near the Setup Name drop-down.
    - Name appropriately in the Description Box
    - Ensure "Available to ALL users" is <u>unchecked</u>
    - Click "Ok"
- This setup is now saved & can be selected for all future printings by choosing the correct option from the Setup Name drop-down list.

*Who is responsible for & when this paperwork gets printed:*
- The Front Office Students print this report once an event is completed & ready to be processed for payment.
- Once printed, this is attached to the event paperwork & sent to the UCEN admin office.

**EMS - STANDARD PRINT & EMAIL TEMPLATES (cont.)**

**Printed Equipment Reports (white sheets)**:
Equipment reports should <u>only</u> be printed if requested by a staff member or event manager. The particular BOOKING should be selected when selecting the [Confirmation] button to print

*The following choices should be made in the Confirmation Window to create the "Equipment Report" Setup:*
- Select "(User Specified)" in the Setup Name drop down selection
- In the Buildings Tab
  - Ensure the following are in the right window:
    - Building: "Texas A&M Hotel & Conference Center"
    - Area: "Theatre Complex Venues
    - Area: "University Center Complex"
- In the Categories Tab
  - Ensure the following categories are in the right pane:
    - Event Timeline
    - Rudder Equipment
    - Setup Notes
- In the Statuses tab
  - Ensure the following categories are in the right pane:
    - Confirmed
    - RTC-Final & Confirmed
    - RTC-Internally Confirmed
    - Pending Resource/Area Approval (UCEN – ES status)
    - Tentative Reservation (UCEN – ES status)
    - Under Review (UCEN – ES status)
- In the Options tab
  - Confirmation Title should read "Rudder Theatre Complex Equipment Report"
  - Header Message, select "none"
  - Footer Message, select "none"
  - Ensure that only "Suppress Pricing", "Suppress Special Instructions", & "Suppress Logo" are checked. All others should remain <u>unchecked</u>.
- Once all settings are correct, click "Save" near the Setup Name drop-down.
  - Name appropriately in the Description Box
  - Ensure "Available to ALL users" is <u>unchecked</u>
  - Click "Ok"
This setup is now saved & can be selected for all future printings by choosing the correct option from the Setup Name drop-down list.


*Who is responsible for & when this paperwork gets printed:*
- The Front Office Students or Front Office Associate can print this report if asked to by a staff member.

**EMS - STANDARD PRINT & EMAIL TEMPLATES (cont.)**

**Emailed To Be Confirmed Paperwork for A&M Related Groups**

Once the paperwork has been thoroughly discussed with the client & RTC staff feels comfortable enough to confirm a majority of the details, the reservation needs to be emailed to the client as a document containing rules & standards that requires their signature. At this stage the status is considered "Internally Confirmed" until we receive the signed document back.

"A&M Related Groups" indicates that the sponsoring organization is somehow affiliated with the Texas A&M University System: student groups, departments, university agencies.

*The following choices should be made in the* Confirmation Window *to create the "To Be Confirmed" Setup:*
- Select "(User Specified)" in the Setup Name drop down selection
- In the Buildings Tab
  - Ensure the following are in the right window:
    - Building: "Texas A&M Hotel & Conference Center"
    - Area: "Theatre Complex Venues"
    - Area: "University Center Complex"
- In the Categories Tab
  - Ensure the following categories are in the right pane:
    - Event Timeline
    - Room Charge
    - Rudder Equipment
    - Rudder Staff
    - Setup Notes
- In the Statuses tab
  - Ensure the following categories are in the right pane:
    - RTC-Internally Confirmed
- In the Options tab
  - Confirmation Title: "Rudder Theatre Complex Confirmation Agreement"
  - Header Message, select "RTC2 – To Be Conf – In Venue – TAMU – Header"
  - Footer Message, select "RTC2 – To Be Conf – In Venue – TAMU – Footer"
  - Ensure that "Suppress Item Special Instructions" & "Display Messages as HTML" are checked.
    - All others should remain unchecked.
- In the Email Options tab
  - Header Message, select "(none)" from drop down box
  - Footer Message, select "(none)" from drop down box
  - Email Format, select "Detailed" from drop down box
  - "Attach Detailed Confirmation" should be checked,
  - "Attach .ics File" & "Prompt for Res. Attachments" should be unchecked.
  - Check the "1st Contact" checkbox in the "Email To:" line,
- Once all settings are correct, click "Save" near the Setup Name drop-down.
  - Name appropriately in the Description Box
  - Ensure "Available to ALL users" is <u>unchecked</u>
  - Click "Ok"

**EMS - STANDARD PRINT & EMAIL TEMPLATES (cont.)**

**Emailed "To Be Confirmed Paperwork" for A&M Student Organizations**

To create this template, all settings will be the same as "A&M Related Groups", except:
- In the Options tab
  - Confirmation Title: "Rudder Theatre Complex Confirmation Agreement"
  - Header Message, select "RTC2 – To Be Conf – In Venue – Student – Header"
  - Footer Message, select "RTC2 – To Be Conf – In Venue – Student – Footer"
  - Ensure that "Suppress Item Special Instructions" & "Display Messages as HTML" are checked.
    - All others should remain unchecked.
- Once all settings are correct, click "Save" near the Setup Name drop-down.
  - Name appropriately in the Description Box
  - Ensure "Available to ALL users" is <u>unchecked</u>
  - Click "Ok"


**Emailed "To Be Confirmed Paperwork" for Non-A&M Related Groups**

"Non-A&M" groups would refer to groups that are not affiliated directly with the Texas A&M University System: individuals, businesses, etc.

To create this template, all settings will be the same as "A&M Related Groups", except:
- In the Options tab
  - Confirmation Title: "Rudder Theatre Complex Confirmation Agreement"
  - Header Message, select "RTC2 – To Be Conf – In Venue – External – Header"
  - Footer Message, select "RTC2 – To Be Conf – In Venue – External – Footer"
  - Ensure that "Suppress Item Special Instructions" & "Display Messages as HTML" are checked.
    - All others should remain unchecked.
- Once all settings are correct, click "Save" near the Setup Name drop-down.
  - Name appropriately in the Description Box
  - Ensure "Available to ALL users" is <u>unchecked</u>
  - Click "Ok"


**Emailed "To Be Confirmed Paperwork" when in an Event Support Role**

"Event Support" means that RTC staff will not be in a supervisory or management role for an event. This would include paperwork for dropping off/delivering/picking up equipment, providing tech support,  etc. for an event hosted at another location.

To create this template, all settings will be the same as "A&M Related Groups", except:
  - Confirmation Title: "Rudder Theatre Complex Confirmation Agreement"
  - Header Message, select "RTC2 – To Be Conf – Event Support – Header"
  - Footer Message, select "RTC2 – To Be Conf – Event Support – Footer"
  - Ensure that "Suppress Item Special Instructions" & "Display Messages as HTML" are checked.
    - All others should remain unchecked.
- Once all settings are correct, click "Save" near the Setup Name drop-down.
  - Name appropriately in the Description Box
  - Ensure "Available to ALL users" is <u>unchecked</u>
  - Click "Ok"

**EMS - PRINTING & EMAILING DOCUMENTS**

**Steps for printing & emailing:**

- Locate the RESERVATION (whether through the Reservation book or using the Navigator tool)
- In the Reservation Window select the Reservation in the Reservation/Booking Selection Pane
- Click the Confirmation button in the Reservation Summary Tab of the Information pane
- In the Confirmation Window (Picture 3) select the appropriate Setup Name in the upper left corner.
  - These setups were defined in the previous pages
- If printing, select the Print Preview in the bottom right corner to ensure that everything looks as expected.
  - If there are errors, close the Print Preview & modify the reservation/booking/resources accordingly.
  - If there are no errors, click the [Print] button in the top left.
- If emailing, select the Email button in the bottom right corner. This will open a new window with the reservation information below.
  - If there are errors, close the Print Preview & modify the reservation/booking/resources accordingly.
  - If there are no errors, select who you would like to email in the appropriate fields & click the [Send] button in the bottom right.
  - It is preferred that documentation is emailed thru EMS directly for tracking purposes.

## EMS - ATTACHMENT EXPLANATIONS & PROCEDURES

### Forms to Expect
- Signed Confirmation:
  - The "To Be Confirmed" document, created above, requires all events to return that document signed to our office prior to their event.
  - This signed document will now be referred to as the "Signed Confirmation Sheet".
  - This document ensures that the client has read & understands our basic guidelines & agreed to the costs associated with hosting their event with us.
- Special Performance Rules & Guidelines (SPRG):
  - This document contains extra guidelines & best practices for holding events in RTC.
  - When an event is more involved than a simple program, this could include variety show style aspects, dance numbers, or similar, this document contains rules & guidelines to be followed.
  - Event managers may require the organizing group to complete an SPRG document
    - This will be generated by the Event Manager via Adobe Sign & once completed will be automatically sent to the Office Student Worker email account.
- Approval to Charge Forms:
  - Most A&M sponsored student organizations are required to pay for RTC services through the Student Organization Finance Center.
  - The appropriate event manager will inform the Front Office Associate (via email) that the Approval to Charge Form is good to begin.
    - This process is done via Adobe Sign & will automatically route to the appropriate student & advisor for processing.
    - Once the process is complete thru all parties, the form will be automatically emailed to the Office Student Worker email account.
  - This form must be returned to the office 2 days prior to the first scheduled event of a reservation
- Concessions permit (CP):
  - If a group is going to be selling items, taking donations, etc., then the university requires them to complete a concessions permit process.
  - Once completed the group or the university will send us a copy of a specific form indicating it has been approved.

### Attaching Files to Reservations in EMS:
- Locate the desired reservation (whether thru the book or navigator tool).
- In the Reservation Window select the Reservation in the Reserv./Booking selection pane (PAGE 24)
- Select the Attachment Tab in the Information Pane
- In the Attachment Window (Picture 4) you will see any attachments associated with the reservation.
- To add a new attachment, click the New button on the right side.
- In the Attachment Creation Window (Picture 5)
  - In the Description field, use a descriptive name for the new attachment
    - "Invoice – LD Systems" / "Quote – Nita's" / "Layout"
  - In the Type drop-down, select an appropriate category
  - Click the Open Dialog Box (magnifying glass) button to the right of the Attachment Field, locate the file & click the open button in the lower right corner of the dialog box.
  - For invoices or quotes, type "Rec'd on dd/mm/year" in the Notes field
  - Click Ok in the Attachment Creation Window
- If an SPRG or CP form have been added to a specific reservation, locate the "RTC-Required Forms" category in the TOP booking
  - Double click any forms that have been received & attached in EMS, modify the "Special Instructions" portion of the window with your initials & date.

**EMS - ATTACHMENT EXPLANATIONS & PROCEDURES (cont.)**

- **Printing/Viewing Files in EMS:**
- Locate the desired reservation (whether through the book or navigator tool).
    - o  In the Reservation Window select the Reservation or Booking in the Reservation/Booking selection pane.
    - o  Select the Attachment Tab in the Information Pane
    - o  In the Attachment Window you will see any attachments already associated with the reservation.
    - o  Click on the desired attachment (one click, don't double click) and click the View button on the right hand side. This will open the file in the necessary application.
    - o  Once printed or viewed, close the opened application.
- **Expected Attachment Types**
- For records retention, should not need to be printed
    - o  Invoices/Quotes
    - o  Confirmation Agreements
    - o  Approval to Charge forms
    - o  SPR&G Documents
    - o  Alcohol Request forms
    - o  Aggie Works requests
    - o  UPD & F.A.T. requests
    - o  External Customer forms
- The below might need to be printed if requested by staff or Event Managers
    - o  Diagrams
    - o  Itinerary or run-of-shows

**SCHEDULING & PAYMENT PROCESSES FOR RUDDER THEATRE COMPLEX VENUES**

**Groups requesting space will be in the following classifications:**
- Student:          Recognized student organizations
- University:     A&M Departments & Entities
- Affiliate:        External clients to the University receiving University Rates
  - TAMU System Agencies or Universities
  - Non-TAMUS entities that present a clear & direct impact to TAMU
    - 12th Man Foundation, TAMU Foundation, Corps of Cadets Assn, etc.
- External:       External clients to the University (& System)
  - Must gain sponsorship through proper process

**Priority for booking, in order:**
- Annual conferences & large scale social events requested by Student Organizations or Departments
  - Beef Cattle Short Course, New Student programs
- Events that impact the entire University, require coordination with university calendar, & extensive planning.
  - MSC OPAS & Town Hall, Graduation/Commencement Ceremonies, Family Weekend
- Student Organization & University meetings, lectures or performances that are planned one year or less in advance.
  - Chi Omega Songfest, University Bands, etc.
- Events requested by Sponsored External clients
  - Army, Navy ROTC Meetings & Commissionings
- Events requested by External clients
  - BVSO, Dance Schools

**External clients requesting a venue in University Center & Special Events facilities:**
- Must find a university sponsor
  - The university sponsor must be a recognized student group, university department, or university affiliate
  - The university sponsor will be responsible for any unpaid expenses after the event
  - The university sponsor must have at least one member present at the event
- University sponsorship has to be approved by the UCEN External Client Review Committee
- Once approved by the committee, the request for space will be handled appropriately.
- Will be required to pay the licensing fees listed below.

**Licensing Fees (only applies to External Clients) for Rudder Theatre Complex Venues for 2024 are:**
- Auditorium:    $3,000
- Theatre:        $2,250
- Forum:          $1,500
- Exhibit Hall:   $750
  - $1,000 for exclusive use meaning the halls have reduced traffic & the Theatre is offline

**SCHEDULING & PAYMENT PROCESSES (cont.)**

**The calendar year will be broken into semesters as listed below:**
- Spring:          January – May
- Summer:          June – August
- Fall:            September – December

**For Fall Reservations:**

- Event requests received before March 1st will be scheduled according to priority.
- Processing of Fall Student Organization requests begins April 1st.

**For Spring & Summer Reservations:**
- Event requests received before October 15th will be scheduled according to priority.
- Any requests received on or after October 15th will be held until after the calendar is finalized, which will occur no later than the first Monday of November.
- Processing of Spring Student Organization requests begins October 15th.

**For All Reservations:**
- After the calendar is finalized, tentative information for scheduled events will be sent out to clients. For campus organizations (student, departmental, & affiliated) no action will be required at this time.
- For sponsored external organizations, there will be a follow-up letter sent requesting that the Licensing Fee be paid to secure the reservation
  - If the organization has multiple reservations during the semester, the request will only be for their first event's Licensing Fee.
  - Until payment is received the venue is not officially reserved and could be requested by another group.
  - Should a group fail to pay the Licensing Fee during this window, the reservation may be forfeited to another group if all of the proper steps for booking have been completed.
- Approximately three to four weeks out from all events, RTC event managers will contact the event organizer to confirm details – this will include event requests, times, and staffing needs.
- Once all details are finalized, the confirmation agreement will be sent to the organizer.
  - All groups are expected to return this document two business days prior to the first event of their reservation.
  - The SOFC Approval to Charge Form process is initiated at this time.
  - For Sponsored groups, 50% of the confirmation agreement balance will be required with the return of the confirmation agreement.
- After the event & once all paperwork has been submitted to the UCEN Admin department, the final invoice will be sent. Upon invoice finalization:
  - Student Group funds will be pulled from their SOFC account & any additional held funds will be released.
  - University Groups will have funds IDT'd from the appropriate account as listed on the invoice.
  - Sponsored Groups will be sent an invoice for any and all remaining charges. Should the invoice total not be paid, the remaining will be the responsibility of the sponsoring campus organization.

**EVENT CONFIRMATION PROCESS**

- **Event Details Confirmation**
  - o **Tentative paperwork distributed**
    - ▪ Primary responsibility: Associate Director
    - o Occurs at the beginning of each month for the *next* month's events
  - o **Ensure/change [Event Coordinator] in EMS**
    - ▪ Primary responsibility: Event Managers
    - ▪ Confirm/change [Event Coordinator] in Reservation Level of EMS
      - • Select reservation (top level option) in left pane
      - • Click [Edit] button on right side
      - • Event Coordinator is the 2nd drop down selection box
  - o **Delete unnecessary attachments**
    - ▪ Primary responsibility: Event Managers
    - ▪ Remove any <u>non-current</u> attachments
      - • Previous Approval to Charge Forms or Confirmation Agreements
      - • Event schedules from previous events
      - • Non-current layouts
    - ▪ Leave attachments if they are relevant for the current event
  - o **Begin event discussions with client/customer**
    - ▪ Primary responsibility: Event Managers
    - ▪ Contact client to confirm as many details as possible for current event
      - • Critical information:
        - o Timeline of event & associated aspects (doors for audience, rehearsals, etc.)
        - o Appropriate staffing needed for event needs
        - o If outside vendors/equipment will be needed
          - ▪ Cash exchanged, alcohol present = UPD Officer
          - ▪ Contracted performer, haze, etc. = Probably Fire Alarm Tech (recommended)
          - ▪ Extra stage crew = Upstage, Add'l staff
          - ▪ Greenery, audio support, lighting support, etc.
      - • Non-critical information examples:
        - o Exact # and/or placement of table/chairs
        - o Row reservations
    - ▪ Confirm contact information (email & phone)
    - ▪ Confirm account number
    - ▪ Confirm details in EMS (as able)
      - • Timing & staffing are critical information
      - • Ensure staff hours are correct

**EVENT CONFIRMATION PROCESS (cont.)**

- **Build event in Lasso**
  - o Primary responsibility: Event Managers
  - o Using information from EMS, build event in Lasso
    - ▪ Event ID should match EMS Reservation #
    - ▪ Lighting Designer & Audio Engineer are specially trained staff & should only be used when an upgraded skillset is needed
    - ▪ Setup Manager should be used for event setups
    - ▪ Stage Manager should be used for event management
    - ▪ House Manager should be used for events in RTC only
    - ▪ Trainees can be used for various roles & will not have an impact on EMS paperwork or billing
  - o IF event has critical staff, those staff can be assigned immediately
    - ▪ This should only include critical roles or event managers placing themselves on their own events
- **Generate Blue Sheets**
  - o Primary responsibility: Event Managers
  - o These forms should be used for ALL requests for equipment, staff, or support from outside vendors
    - ▪ Common requests: generators, University Police, FAT, tents, trucks, etc.
    - ▪ Less common requests: additional crew, custodial support, etc.
  - o Complete an "Invoice Approval" sheet & print on blue paper
    - ▪ "Invoice Approval – In-House" has standard requests for internal venues
    - ▪ "Invoice Approval – External Events" has standard requests for out-of-house venues
  - o Printed blue sheets should be kept with event paperwork
    - ▪ Preference would be for Office Associate to keep blue sheet after resources have been arranged/confirmed
    - ▪ Event Managers can keep entire paperwork bundle for large or specialized events
  - o These forms do not need to be attached in EMS, they are for internal use only
- **Complete requests for equipment, staff, or support from outside vendors**
  - o Primary responsibility: Event Managers
    - ▪ Event Manager is responsible for confirming that all items *get* arranged, but does not have to be directly responsible arranging said equipment
      - Office Manager can arrange equipment
      - Fellow Event Managers can arrange equipment
      - Document appropriately (Blue Sheet and in EMS)
  - o Printed blue sheets should be filled out as items are arranged by appropriate Event Managers or Office Manager
    - ▪ As items are confirmed with the vendor, appropriate notes should be made in EMS
      - Note should be placed in Special Instruction field of appropriate resource
      - Sample: "Scheduled w/ PartyTime by Shanna W on 10/1/22"
      - Ensure month & year are used in note to avoid confusion later

**EVENT CONFIRMATION PROCESS (cont.)**

- **Receive estimates from outside vendors**
  - Primary responsibility: Office Manager or Event Manager (whoever contacted)
  - Update appropriate resource w/ correct pricing in EMS
    - Make cost notations in the Special Instructions field of the appropriate resource
    - All outside rentals should be assessed a 20% overage when putting cost into EMS
    - Large scale events, with director approval, can use a reduced (10%) percentage
  - Attach estimate at Reservation Level in EMS
    - Name should resemble: "Estimate: PartyTime - Tent & linens – 10/2/19"
    - Attachment Type should be set to "Rental Quote"
- **Send Special Program Rules & Guidelines Document**
  - Primary responsibility: Event Managers
  - When working with groups hosting variety/dance performances, send them the SPRG document for review & signature via DocuSign
- **Generate layouts & confirm with customer**
  - Primary responsibility: Event Managers
  - Using appropriate software & as needed, create layouts for events
  - Work with customer to ensure RTC plans match their ideas
    - May need to do several versions
  - Attach most up to date version to <u>reservation</u> in EMS
    - When naming the file, include "1. " to ensure it is the <u>first</u> file(s) when viewed on 7 Points.
    - PDF or jpeg preferred (do not attach Visio files)
    - Should <u>not</u> need to be attached at booking level
  - As needed, share the layout with campus entities with shared interests (TS, UPD, EHS, etc.)
- **Change EMS Status to <span style="color:orange">RTC-Internally Confirmed</span>**
  - Primary responsibility: Event Managers
  - Ensure all resources, staffing, times, & notes are as final as possible in EMS
  - Check pricing to ensure appropriate rates & costs are correct
    - Student groups, department, & external rate structures
    - Ensure hours are appropriate for staffing resources (Specific v Reserved Time)
  - Change all relevant bookings to "RTC-Internally Confirmed" status

**EVENT CONFIRMATION PROCESS (cont.)**

- **Email client "To Be Confirmed" Document**
  - Primary responsibility: Event Managers
  - Email client (preferably thru EMS) "To Be Confirmed" document
    - Ensure appropriate headers & footers are used for venue & classification (PAGE 11)
  - If contact is a student group, send the following forms as needed
    - Primary student MUST be on SOFC signature card (confirm during discussions)
      - Primary email has to be a valid "@tamu.edu" address
    - Advisor MUST be listed as 2nd contact in EMS
      - Primary email has to be a valid "@tamu.edu" address
    - Begin appropriate Adobe Sign processes for:
      - SPRG Document
- **Student Group – Approval to Charge Form Process**
  - Primary responsibility: Event Managers & Office Associate
  - Event Manager to send email to Office Associate stating that the process is ready to begin
    - Email subject should indicate "Approval to Charge Form"
    - In body of email include EMS Reservation number & name
    - If contact info in EMS is not the correct info for the process, include that in the body of the email
      - If EMS references a groups shared email address, include primary contact & tamu.edu address
  - Office Associate to initiate the Adobe Sign process
- **Print Green Sheets**
  - Primary responsibility: Event Manager or Office Associate
    - Can be delegated to Front Office staff by placing appropriate paperwork in folder in front office drop bin
  - Print paperwork from EMS on green paper
    - ALL information should be correct in EMS, requiring no edits by Office Associate
  - Can be done by & kept by Event Managers for large-scale or specialty events
  - Printed green sheets will have appropriate check list of items for Front Office to confirm specific details to include:
    - Correct forms attached in EMS.
    - Account number is present & in the correct format
    - HVAC, Event Type, Setup Types, etc. are all correct

**EVENT CONFIRMATION PROCESS (cont.)**

o **Documents Received from Customers, Scanned, & Attached to EMS**
  ▪ Primary responsibility: Office Student Worker
  ▪ As Confirmation Agreements, Approval to Charge Forms, SPRG, etc. documents are received by RTC staff, they should be forwarded to Office Student Worker:
    [rtc-worker@dsa.tamu.edu](mailto:rtc-worker@dsa.tamu.edu)
  ▪ Documents should be saved & attached to EMS at the Reservation Level
    • Naming similar to: "AtCF 123456 Rec'd 10/15/19" / "Conf 123456 Rec'd 10/16/19"
      o AtCF – Approval to Charge Form
      o SPRG – Special Program Rules & Guidelines
      o Conf – Confirmation Agreement
      o 123456 – EMS Reservation #
      o Rec'd 10/15/19 – Date the document was received and/or added to EMS
    ▪ Layouts should be named clearly for others to understand what they are
    ▪ Itineraries and run-of-shows should be named appropriately as well
o **Adjust Status in EMS (as able)**
  ▪ Primary responsibility: Office Associate or Office Student Workers
    • Can be Event Manager for large or specialty events
  ▪ Once required documents have been received, change status of bookings to "RTC-Final & Confirmed"
    • Departments (02- account #) – Confirmation Agreement
    • Student Group (68-9xxxxx) – Confirmation Agreement <u>and</u> Approval to Charge Form
      o SPRG Document as needed should be attached as well
o **Student Groups Approval to Charge Form Timing**
  ▪ If Approval to Charge Form has not been received prior to 1 week from event date, event organizers should be contacted & reminded.
    ▪ Generated report from Office Manager is sent twice a week to Event Managers & Office Associate.
    ▪ MS Teams messages may be used to follow up on AtCF with Event Managers
  ▪ If Approval to Charge Form has not been received prior to 48 hrs prior to event start, inform event organizers that event may be subject to cancellation

**EVENT STAFFING & EXECUTION**

- **Event Staffing**
- Confirm staffing & times in Lasso
  - Primary responsibility: Event Managers
  - If event changed *after* initial input into Lasso, confirm timing, #'s, & roles match between EMS & Lasso
  - Times for setups, deliveries, etc. that can be adjusted should be done to make efficient use of crews & vehicles
- Assign staff in Lasso
  - Primary responsibility: Event Managers
  - Exception: Office Associate does requests for House Manager
  - Staffing should be done based on crew skills, event needs, training opportunities, etc.
    - Bi-Weekly meetings are held with all managers to discuss difficult events/times upcoming & new information to be shared
    - Bi-Weekly meetings held for in-venue & external event managers to discuss logistics pertinent to each group
      - Example: in-venue adjustments needed between complex events
      - Example: aligning several setups/strikes/delivery schedules to maximize efficiency
    - Individual & relatively simple events should be staffed by appropriate event managers prior to weekly meetings
      - Understanding that some staff may have to adjust for other events
    - During normal works hours, crew should be assigned directly to events
      - Assigned to events without requiring acceptance of the shift
    - After hours & weekends, crew *can* be invited if given enough notice
  - House Managers should be invited, assigned, & asked for confirmation receipt.
  - Full time staff should be assigned for events as needed, but can be invited if desired.
  - Student worker staff should be assigned during normal working/available hours, but <u>can</u> be invited if desired.
    - Short shifts after 5:00p when not normally scheduled
    - Load-outs with plenty of notice
    - Weekend shifts that are not specialized
- **Event Paperwork Printing**
- <span style="color:magenta">Print Event Report (Pink Sheets)</span>
  - Primary responsibility: Office Student Worker
  - Printed daily based on an auto generated report received at 1:30 pm
  - Print paperwork from EMS on pink paper
- Print Equipment Report and/or attachments – IF REQUESTED
  - Primary responsibility: Office Student Worker, Office Associate, or Event Manager
  - Print paperwork from EMS on white paper
- **Event Execution**
- Complete event
  - Primary responsibility: Event Manager
  - Ensure all aspects of event are accomplished per agreement with client/customer

**FINALIZATION & INVOICING**

- **Complete paperwork & finalize EMS**
  - Primary responsibility: Event Manager
  - Make appropriate adjustments in EMS & note on pink sheet if appropriate
    - These should include staff time, additional or non-used resources, updates to equipment #'s, etc.
    - List any recommendations for future repeat(s) in a location that will be easily noticeable if/when carried forward
  - Turn completed paperwork over to Office Associate
- **Confirm all paperwork is ready for transition to admin**
  - Primary responsibility: Office Associate
  - Match Event Report (Pink Sheet) paperwork with Confirmation Paperwork (Green Sheet)
    - Most events will go immediately to admin for payment
    - If external resources were needed (a Blue Sheet is part of the paperwork), ensure that all invoices have been received & added in EMS (see notes below)
- **External Resources Invoice Procedures**
  - Receiving invoices
    - Primary responsibility: Event Manager or Office Manager
    - Vendors should email/mail invoices directly after events. If invoices aren't rec'd in a timely manner, then the appropriate Manager should contact them to expedite the process
      - Office Associate will track Green & Blue sheets for overdue invoices & inform Event Manager as needed for follow-up using MS Teams messaging (to be done at the beginning of each week until all invoices have been received)
    - Pricing for received items/resources/staffing should be confirmed in EMS
      - Standard upcharge of 20% on all items unless otherwise confirmed with Assoc. Dir or Director
      - If exceptions are made, documentation should be attached in EMS
  - Attaching invoices in EMS
    - Primary responsibility: Event Manager or Office Manager
    - Invoice documents should be saved & attached to EMS at the Reservation Level
      - Naming similar to: "Invoice – VENDOR NAME – MONTH/YEAR"
  - Complete Blue Sheet
    - Primary responsibility: Event Manager, Office Manager, or Office Associate
    - Blue Sheet should be updated as each invoice is received & EMS pricing confirmed
    - Once <u>all</u> expected invoices have been received, attached, & pricing confirmed, sign the bottom of the blue sheet & attach to the green sheet packet
  - Send invoice for payment
    - Primary responsibility: Office Manager
    - Email Office Manager or Associate Director any invoices w/ appropriate reasoning for resource
      - "Backstage provided PA support for event"
      - "Whelan was needed to supplement UPD #'s"
    - Ensure reservation #, event name, & event date are in the email as well
    - Use a descriptive subject line (don't just auto-forward)

**FRONT OFFICE DAILY PAPERWORK SCHEDULE**

- **Every day (Morning)**
  - Compare Green sheets to free-floating Blue sheets & match as appropriate
  - Match completed Pink sheets with Green/Blue sheets
  - If fully complete (Blue sheets expected invoices are all received, Pink sheets are signed, & Green sheet exists):
    - Print "Admin Invoicing Sheet" (Pg 12), attach to top, & send to admin
    - If not complete, file appropriately
  - Clear front tray
    - Green sheets go into correct binder
      - White sheets placed into "Confirmed Event" folder should be re-printed as Confirmations on Green paper (Pg 10), stapled to existing paperwork & filed appropriately
    - White sheets go into correct binder
      - If current or next month, return to appropriate Event Coord.
      - If further out, place into correct binder
- **Every day (Afternoon)**
  - Compare EMS report with Lasso bookings
    - Each listing in the Excel sheet with today's date should have at least ONE corresponding event in Lasso
      - Event Calendar View → Day   seems to make this the easiest view to compare
    - If missing, contact appropriate Event Coord thru MS Teams
  - Print Pink sheets as needed for event reservations *starting* on that day
    - EMS report lists "First Booking Date" for reference
    - Once printed, place in appropriate Event Coordinator folder in back
      - If Event Coordinator listed is NOT RTC manager, place in Jason's folder

**FRONT OFFICE DAILY PAPERWORK SCHEDULE (cont.)**

- **Monday (Morning)**
  - Print Auditorium usage report (auto generated report) & place a copy in back & a copy on the loading dock.
- **Tuesday (Morning)**
  - Message Event Coordinator for uncompleted pink sheets (thru MS Teams)
    - Notate on green sheet when contacted
- **Wednesday (Morning)**
  - Work with office staff to contact vendors with outstanding event invoices (Blue sheets)
    - Notate as able on Blue Sheets when vendors are contacted
- **Thursday (Morning)**
  - Print Auditorium usage report (auto generated report) & place a copy in back & a copy on the loading dock.
- **Friday (Afternoon)**
  - Send House Manager invites for the next three weeks out
    - Any event in the Auditorium, Theatre, Forum, or Ex Hall *might* have HM position listed
    - Go thru each day, each venue & look in "Crewing" page to see if HM's are listed
      - "Crewing" page selectable after going to Event or Roster page
      - If HM listed, select all eligible staff & use the "Invite" option at the bottom

**STAFFING & SCHEDULING NOTES PER VENUE - Rudder Forum**

- **Lecture**:
  - o Reservation start: 1 hour prior to event start
  - o Reservation end: .5 hours post event conclusion
  - o Minimum Staff:
    - ▪ Stage Manager
    - ▪ Technician
    - ▪ Stage Hand (s/u: 1 hour)
  - o Special notes:
    - ▪ If event repeats immediately or next day, stage hand is not necessary after the 1st booking
    - ▪ If the event has special requests requiring the stage manager to be present in the venue, a House Manager should be added

- **Performance**:
  - o Reservation start: As needed to accommodate any rehearsals + 30 mins prior
  - o Reservation end: .5 hours post event conclusion
  - o Minimum Staff
    - ▪ Stage Manager
    - ▪ Technician
    - ▪ Stage Hand (min 1 hr for setup, can be more if applicable)
    - ▪ House Manager
  - o Special notes:
    - ▪ Additional stage hands can be added as/if needed
    - ▪ If special lighting cues are expected, a Lighting Technician/Designer should be placed on the event
    - ▪ If dressing rooms are needed, place HOLD on appropriate Dressing Room venue in EMS

- **Receptions in Forum Lobby**
  - o Reservation start: dependent on main program
  - o Reservation end: dependent on main program
  - o Minimum Staff:
    - ▪ House Manager
    - ▪ Stage Hand (s/u & strike: 1 hour)
  - o Special notes:
    - ▪ Should <u>only</u> be used for programs in the Forum or <u>small</u> programs in the Theatre
    - ▪ Ensure client understands it is a public hallway

**STAFFING & SCHEDULING NOTES PER VENUE - Rudder Theatre**

- **Lecture**:
  - o Reservation start: 1 hour prior to event start
  - o Reservation end: .5 hours post event conclusion
  - o Minimum Staff:
    - ▪ Stage Manager
    - ▪ Sound Technician
    - ▪ Stage Hand (<u>can</u> be s/u only: 1 hour)
    - ▪ House Manager
  - o Special notes:
    - ▪ If the projector is to be used for the event, a Projectionist has to be placed on the event
    - ▪ If the event has no special needs/changes/adjustments after program start, the stage hand can be reduced to 1 hour. IF this is done, the stage manager is expected to be backstage at <u>all</u> times during the event.
    - ▪ If dressing rooms are needed, place HOLD on Theatre Dressing Room in EMS
- **Corps Unit/Class/Internal Lecture:**
  - o Reservation start: 1 hour prior to event start
  - o Reservation end: .5 hours post event conclusion
  - o Minimum Staff:
    - ▪ Stage Manager
    - ▪ Technician
    - ▪ Stage Hand (s/u only: 1 hour)
  - o Special notes:
    - ▪ If the projector is to be used for the event, a Projectionist should placed on the event
- **Performance**:
  - o Reservation start: As needed to accommodate any rehearsals + 30 mins prior
  - o Reservation end: .5 hours post event conclusion
  - o Minimum Staff
    - ▪ Stage Manager
    - ▪ Sound Technician
    - ▪ Stage Hand
    - ▪ House Manager
  - o Special notes:
    - ▪ If the projector is to be used for the event, a Projectionist has to be placed on the event
    - ▪ If special lighting cues are expected, a Lighting Technician/Designer should be placed on the event
    - ▪ Additional stage hands can be added as/if needed
    - ▪ If a curtain/screen move has to happen, a Flyman should be placed on the event
    - ▪ If dressing rooms are needed, place HOLD on Theatre Dressing Room in EMS

**STAFFING & SCHEDULING NOTES PER VENUE - Rudder Auditorium**

- **Lecture**:
  - o Reservation start: 1 hour prior to event start
  - o Reservation end: .5 hours post event conclusion
  - o Minimum Staff:
    - Stage Manager
    - Sound Technician
    - Stage Hand (<u>can</u> be s/u only: 1 hour)
    - House Manager
  - o Special notes:
    - If the projector is to be used for the event, a Projectionist has to be placed on the event
    - If the event has no special needs/changes/adjustments after program start, the stage hand can be reduced to 1 hour. IF this is done, the stage manager is expected to be backstage at <u>all</u> times during the event.
    - If dressing rooms are needed, place HOLD on Auditorium Dressing Room in EMS
    - If balcony is expected to be used, a 2nd House Manager should be considered for the event
- **Corps Unit/Class/Internal Lecture:**
  - o Reservation start: 1 hour prior to event start
  - o Reservation end: .5 hours post event conclusion
  - o Minimum Staff:
    - Stage Manager
    - Technician
    - Stage Hand (s/u only: 1 hour)
  - o Special notes:
    - If the projector is to be used for the event, a Projectionist should placed on the event
- **Performance**:
  - o Reservation start: As needed to accommodate any rehearsals + 30 mins prior
  - o Reservation end: .5 hours post event conclusion
  - o Minimum Staff:
    - Stage Manager
    - Sound Technician
    - Stage Hand
    - House Manager
  - o Special notes:
    - If the projector is to be used for the event, a Projectionist has to be placed on the event
    - If special lighting cues are expected, a Lighting Technician/Designer should be placed on the event
    - Additional stage hands can be added as/if needed
    - If a curtain move has to happen, a Flyman should be placed on the event
    - If dressing rooms are needed, place HOLD on Auditorium Dressing Room in EMS
    - If balcony is expected to be used, a 2nd House Manager should be placed on the event

**STAFFING & SCHEDULING NOTES PER VENUE - Rudder Exhibit Hall**

- **Reception**:
  - ○ Reservation start: Determined by catering needs & event setup
  - ○ Reservation end: Typically 1 hour post-event
  - ○ Minimum Staff:
    - ▪ House Manager
      - • Per hour for event times before 8a, after 5p, or on weekends
      - • If alcohol is served, HM should be on-site for duration of event
      - • As needed for client needs
    - ▪ Setup Manager
      - • If setup is complex, a setup manager can be added
    - ▪ Stage Hands
      - • As needed for setup
  - ○ Special notes:
    - ▪ Room charges should be assessed for event days only (not days used for setup)
    - ▪ If event setup is large, charges for equipment removal can be added
    - ▪ Sound can be used if no other venues are active OR with permission from Assoc. Dir.
      - • If sound is used, RTC should operate equipment
    - ▪ Uplighting can be used for events in Exhibit Hall
      - • If special lighting is requested, a lighting tech should be added for setup
    - ▪ Caterers are encouraged to use the North End Foyer for prep area
      - • Special accommodations may be requested, discuss with Assoc. Dir.
- **Exclusive Use** (in addition to notes for Reception):
  - ○ Minimum Staff:
    - ▪ House Manager
      - • HM should be on-site for duration of event
    - ▪ Setup Manager
      - • If setup is complex, a setup manager can be added
    - ▪ Stage Hands
      - • As needed for setup & removal
  - ○ Special notes:
    - ▪ Rates change as follows:
      - • Students $225 → $350
      - • Dept's $300 → $500
      - • External $750 → $1,000
    - ▪ Theatre <u>should</u> be held & 2nd floor blocked off (staff appropriately for s/u)

**STAFFING & SCHEDULING NOTES PER VENUE - Rudder Exhibit Hall (cont.)**

- **Career/Vendor Fair**:
    - Reservation start: As needed for event setup
    - Reservation end: Typically 2 hours post-event
    - Minimum Staff:
        - Stage Manager
            - For setup only
        - Stage Hands
            - As needed for setup & removal
        - Electrician
            - IF more than 10 booths/tables get power
        - House Manager
            - Per hour for event times before 8a, after 5p, or on weekends
            - As needed for client needs
    - Special notes:
        - Room charges should be assessed for event days only (not days used for setup/strike)
        - Equipment removal charges should be assessed

## AUXILARY CAMPUS SERVICES

**University Police Officers**
- Licensed officers under Texas State Law
- Outside law enforcement is <u>not</u> allowed unless arranged <u>by</u> the University Police Department
- UPD Officers *should* be scheduled any time cash is exchanged, items of value are sold, or alcohol is present
  - Generally not a campus rule but preferred by UCEN
  - If alcohol is sold/present, then UPD is required by TAMU policy
  - Rudder Theatre Complex **<u>highly</u>** encourages
  - High-profile or controversial events need to be discussed with Associate Director for direction
- Minimum time is 3 hours, but can be scheduled in 30 min increments after that point
- UPD requests filed 14+ days prior to an event will be filled
  - UPD fills requests as able internally as able, but may requests officers from Bryan, College Station, Sheriff's or Constable's offices as necessary
- UPD requests filed <14 days prior to an event will be attempted to be filled
- UPD requests are done by the Office Associate via an online submission process
- RTC will NOT wait on UPD invoices for billing purposes (typically very late)

**Fire Alarm Technicians**
- SSC Staff trained to monitor venue Fire Alarms
- Will <u>silence</u> alarms while on-site
  - The alarms/sensors are not deactivated
  - IF an alarm is triggered, FAT will contact RTC staff & visit site of trigger.
    - If no issues, the alarm will be disabled.
    - If a problem exists, alarm system will be enabled & appropriate steps will be taken
- FAT requests are done by the Office Manager via the Aggie Works system
- RTC will NOT wait on FAT invoices for billing purposes (typically very late)

**SSC – Aggie Works**
- SSC can assist with sprinkler shut-offs, ant treatments, trash barrel delivery/monitoring, additional custodial services, etc.
- These services are not mandatory, but should be considered for any large outdoor event.
- SSC requests are done by the Office Manager via the Aggie Works system
- RTC will NOT wait on Aggie Works invoices for billing purposes (typically very late)

**VIRTUAL EVENT SUPPORT**

**EMS Zoom "Rooms"**
- University Center has 13 different Zoom accounts to be used as needed for virtual support
- There are matching EMS Rooms in the UCEN Virtual Event Support Building
- Once a meeting/webinar has been created using the online Zoom system, the appropriate room should be added to the reservation.

**Meetings**
- Zoom Meetings are open discussion rooms, allowing most users the ability to interact with each other.
- UCEN has several rooms capable of hosting multiple meetings simultaneously, which is beneficial for conferences & breakout sessions.
- Any time meetings are used, passwords should be set & shared appropriately

**Webinars**
- Zoom Webinars are more similar to broadcasts, the host has the ability to limit what is seen/heard to the general audience.
- Most UCEN Zoom Webinar accounts are limited to 300 simultaneous viewers, but UCEN-10 can host 1,000 viewers.

**LASSO SCHEDULING PLAN & NOTES**

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|--------|---------|-----------|----------|--------|----------|--------|
|        |         |           |          |        |          |        |
|        |         |           |          |        |          |        |
|        |         |           |          |        |          |        |
|        |         |           |          |        |          |        |
|        |         |           |          |        |          |        |

**Current Week (Week 0)**
- All events staffed & confirmed

**Next Week (Week 1)**
- All events staffed (no red)
- Events can have unconfirmed staff

**Week 2**
- Full time staff assigned (including scheduled students)
- Decisions made based on invites/applications/discussions
- House Managers determined
- External staffing needs determined & #'s confirmed
  - House managers
  - Add'l crew

**Week 3**
- All known events are in Lasso
- Key staff are assigned sparingly (event managers, specialty staff needs, etc.)

**Week 4 →**
- Events are in Lasso
- Management & **_key_** staff can be assigned

**LASSO SCHEDULING PLAN & NOTES (cont.)**

- Assigning staff to events:
  - Full timers M-F 8a-5p & students during normal shifts should be **assigned**, not invited
    - Can invite if specialty event
  - For afterhours & weekends, choose appropriate staff to assign. Work ahead to invite full time & student staff accordingly. Try to use students as able.
- Approving the Roster and "when to ask" for confirmation:
  - For M-F 8a-5p shifts, do NOT ask for confirmation of full time & student staff as scheduled
  - For special shifts (certain shows, certain students, etc.) you can & should ask for confirmation
  - For ALL house manager shifts, you <u>should</u> ask for confirmation
  - For part-time labor, you <u>should</u> ask for confirmation
- Useful information when building a show:
  - Notes in the **Staffing** page ONLY show up on invites:

    

  - Notes in the **Group** translate to the App as follows:

     → 

  - Notes in the **Roster** translate to the App as follows

     → 

## RESERVATION WINDOW (Picture 1)



## BOOKING INFORMATION WINDOW (Picture 2)



## CONFIRMATION WINDOW (Picture 3)



## ATTACHMENT WINDOW (Picture 4)



**ATTACHMENT CREATION WINDOW (Picture 5)**

New Attachment Window

Description                    Type                         Open Dialog Box



| | |
|---|---|
| Initial Request | Online reservation system for ANY in-venue request.<br>Email or phone call for off-site event support. |
| - Current semester (RTC) | Confirm space availability, generate (copy) paperwork, & print white sheet |
| - Future semester (RTC) | Once internal venues have been secured for events, emails are generated and sent to clients |
| Tentatives Rec'd by Event Managers | Following month's tentatives are distributed to event management staff by Assoc. Director |
| Confirm Event Coordinator in EMS | Ensure Event Coordinator Field is correct at Reservation Level in EMS |
| *Delete unnecessary attachments* | Check attachments within the event bookings & reservation, delete attachments from old bookings/reservations that are no longer relevant |
| Event built in Lasso | Event management staff put event into Lasso online system<br>Can staff individuals ONLY if self or required staff person due to event needs |
| Discuss Event w/ Client | In-depth conversation with client to confirm event details (including complete technical info, audience size & event times) |
| *Blue Sheets* | ANY items/outside staffing needing to be rented/scheduled/purchased for the event need to have a completed blue sheet as soon as possible. |
| *Arrange Equipment* | Equipment/staff/services are arranged |
| *Send S. P. R. & G. Doc* | As needed, send client the Special Program Rules & Guidelines via DocuSign. |
| *Generate Layouts* | As needed, generate an event layout to confirm setup matches with client expectations |
| *Receive Estimates* | If estimates are rec'd for external equipment or staff, attach to the RESERVATION in EMS |
| **Status changed to: "Internally Confirmed"** | Ensure all notes/costs are as accurate as possible |
| | Print green sheets |
| Email Client "To Be Confirmed" doc | Send client confirmation agreement, layouts, & approval to charge form as necessary - preferably directly from EMS |
| *Begin process(es) for other required forms* | Approval to charge form (student groups) or concessions forms (items being sold) sent via DocuSign |
| *Create/update "RTC-Required Forms" in EMS* | Create resource if SPRG, concessions, etc. form needs to be rec'd prior to event final confirmation.<br>AtCF & Conf Agreement are expected per other rules |
| Staff events in Lasso | Event management staff assign staff as needed for events during weekly meetings |
| Follow-up on Approval to Charge Forms | If Approval to Charge Form has not been received, contact student group |
| Receive, scan & attach signed confirmation. | Once the signed confirmation is received, scan the document & attach to the RESERVATION in EMS |
| *Receive S. P. R. & G. Doc* | Once the completed SPRG is received, download & attach to the RESERVATION in EMS |
| Receive Approval to Charge Form | If client is student group (68-9xxxxx account) a completed AtCF must be rec'd & attached to the RESERVATION in EMS before changing to final status<br>Report generated by EMS |
| **Status changed to: "Final & Confirmed"** | All needed doc's have been received & attached to EMS. All necessary pre-event steps are taken to ensure a successful event |
| Event Report printed | Event report printed with staffing assignments |
| EMS Updated | Any and all changes made in EMS to reflect actual event needs - time adjustments, added or removed equipment, etc. |
| Pink Sheet signed | Paperwork is signed & returned to front office |
| *Receive Invoices* | As invoices are rec'd for external equipment or staff, attach to the RESERVATION in EMS<br>Ensure pricing in EMS matches invoice price + 20%. If questions arise, confirm with Event Managers or Associate Director |
| *All invoices rec'd* | Any outstanding invoices are received & added appropriately into EMS |
| Paperwork sent to admin for billing | Event is complete & all paperwork has been received.<br>EMS is corrected per any event notes |