# Exhibit K













