# Exhibit L

Generated On: March 12 2025 | Version: 7.76.1.0, ID: 1.1 - 2018/08/22 | Generated By: joshk (Box Office Administrator)



## Ticket Sales

for All Venues
for All Series
for Performance(s): drag_3-27-25
for All Sales to date
for All User Names
for All User Roles
for All User Role Groups
for All Open Seats and All Hold Types
for All Non-contract and Contract Performances
Report Output By: Performance Short Description
Report On: All Admissions
Show Details: Detail
Display Values: Sold

| Performance Short Description | Sales | | | | Changes | | | | Returns | | | | Net Sales | | | | Net Percentages | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Count | Net | Taxes | Total | Count | Net | Taxes | Total | Count | Net | Taxes | Total | Count | Net | Taxes | Total | % Count | % Total |
| Draggieland 2025 | 168 | $6,645.50 | $0.00 | $6,645.50 | 0 | $0.00 | $0.00 | $0.00 | -168 | -$6,645.50 | $0.00 | -$6,645.50 | 0 | $0.00 | $0.00 | $0.00 | 0% | 0% |
| Total | 168 | $6,645.50 | $0.00 | $6,645.50 | 0 | $0.00 | $0.00 | $0.00 | -168 | -$6,645.50 | $0.00 | -$6,645.50 | 0 | $0.00 | $0.00 | $0.00 | 0% | 0% |