Case 4:25-cv-00992   Document 25   Filed on 03/24/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEXAS A&M QUEER EMPOWERMENT COUNCIL, | § § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 25-992 |
| v. | § § | |
| WILLIAM MAHOMES, *et al.*, | § § | |
| Defendants. | § § § | |

### ORDER OF INJUNCTION

The court has fully reviewed the application by the Texas A&M Queer Empowerment Council ("QEC") for a Preliminary Injunction, the Texas A&M Board of Regents' response, the record, the arguments of counsel, and the applicable law. Based on this review, the court finds that plaintiff QEC has demonstrated good cause for the court to grant plaintiff's motion. The court finds that plaintiff QEC has demonstrated: (a) a substantial likelihood of success on the merits of its First Amendment claims; (b) that it will suffer irreparable harm absent a preliminary injunction; and (c) that the public interest favors this injunction.

The court GRANTS the Motion for a Preliminary Injunction and ORDERS as follows:

1. Defendants and their agents, officials, servants, employees, and persons acting in concert with them, are enjoined from enforcing the Texas A&M Board of Regents "Adoption of a Resolution Regarding Certain Public Events on the Campuses of Universities in the Texas A&M University System," dated February 28, 2025, and must permit the Draggieland performance to take place as scheduled on March 27, 2025, at 7:30 p.m., at the Rudder Theatre;

2. Under Federal Rule of Civil Procedure 65(c), plaintiff QEC is not required to post a bond for this preliminary injunction; and

3. This preliminary injunction is effective immediately and remains in effect until further order of this court.

SIGNED on March 24, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge