Case 4:25-cv-00992   Document 38   Filed on 04/28/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEXAS A&M QUEER EMPOWERMENT COUNCIL, | § § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 25-992 |
| v. | § § | |
| WILLIAM MAHOMES, *et al.*, | § § | |
| Defendants. | § § | |

**ORDER**

The defendants have moved for a stay of the preliminary injunction pending their appeal to the United States Court of Appeals for the Fifth Circuit. (Docket Entry No. 27). The defendants have also moved for a stay of all proceedings pending the decision of the United States Court of Appeals for the Fifth Circuit in *Spectrum WT v. Wendler*, No. 23-10994, or in *Woodlands Pride, Inc. v. Paxton*, No. 23-20480. (Docket Entry No. 35).

The plaintiff has not yet filed a response to the motion for a stay of all proceedings, (Docket Entry No. 35). The plaintiff must respond to the motion for a stay of all proceedings by May 15, 2025. The defendants' reply to the response to that motion will be due on May 22, 2025.

The initial conference set for May 8, 2025, is reset to May 29, 2025, at 2:00 p.m. CDT, on Zoom. The court will hear argument on both of the pending motions to stay, (Docket Entry Nos. 27, 35), and set a schedule for discovery, if appropriate, during that conference. The Zoom link will be posted on the court's website.

SIGNED on April 28, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge