**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Texas A&M Queer Empowerment Council

v. Case Number: 4:25−cv−00992

William Mahomes, et al.

---

# NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 5/29/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Conference

Date: April 28, 2025

Nathan Ochsner, Clerk