**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

TEXAS A&M QUEER EMPOWERMENT COUNCIL,

*Plaintiff*,

v.

WILLIAM "BILL" MAHOMES, ROBERT L. ALBRITTON, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. "RANDY" BROOKS, JAY GRAHAM, MICHAEL A. "MIKE" HERNANDEZ III, MICHAEL J. PLANK, SAM TORN, and CAGE SAWYERS in their official capacities as members of the Board of Regents of the Texas A&M University System; JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System, and MARK A. WELSH III, in his official capacity as President of Texas A&M University,

*Defendants*.

CASE NO. 4:25-cv-992

**[PROPOSED] ORDER**

Before the Court is Defendants' Motion for Stay. Having considered the motion, the Court finds it to be meritorious.

Accordingly, it is **ORDERED** that the motion is **GRANTED**. The instant cause is **STAYED** pending the Fifth Circuit's issuance of a ruling or other order disposing of *Spectrum WT v. Wendler*, No. 23-10994, or *Woodlands Pride, Inc. v. Paxton*, No. 23-20480 ("Ruling");

It is further **ORDERED** that the Parties shall, within 30 days of the Ruling, submit a Joint Status Report notifying the Court of the Ruling, and the Parties' positions on what issues, if any, remain to be litigated in the instant cause;

It is further **ORDERED** that the Parties may, jointly or separately, seek leave of this Court to lift the stay ordered herein upon a material change in circumstances otherwise uncontemplated herein, or for other good cause shown.

SIGNED on ____________, 2025.

______________________________________
THE HONORABLE LEE H. ROSENTHAL
SENIOR UNITED STATES DISTRICT JUDGE