UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEXAS A&M QUEER EMPOWERMENT COUNCIL,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM "BILL" MAHOMES, ROBERT L. ALBRITTON, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. "RANDY" BROOKS, JAY GRAHAM, MICHAEL A. "MIKE" HERNANDEZ III, MICHAEL J. PLANK, SAM TORN, and CAGE SAWYERS in their official capacities as members of the Board of Regents of the Texas A&M University System;<br><br>JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System, and<br><br>MARK A. WELSH III, in his official capacity as President of Texas A&M University, Defendants.<br><br>*Defendants.* | CASE NO. 4:25-cv-992 |

### DEFENDANTS' NOTICE OF WITHDRAWAL OF

### MOTION TO STAY PRELIMINARY INJUNCTION (ECF 27)

Defendants WILLIAM MAHOMES, ROBERT L. ALBRITTON, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. BROOKS, JAY GRAHAM, MICHAEL A. HERNANDEZ III, MICHAEL J. PLANK, SAM TORN, AND CAGE SAWYERS, in their official capacities as members for the Board of Regents of Texas A&M University System; JOHN SHARP, in his official capacity as Chancellor of Texas A&M University, and MARK A. WELSH III, in his official capacity as President of Texas A&M

University, file this Notice of withdrawal of Defendants' motion to stay the preliminary injunction pending appeal. (ECF 27).

Dated May 27, 2025.                                       Respectfully submitted.

**KEN PAXTON**                                            */s/ Wade Johnson*
Attorney General                                          **WADE A. JOHNSON**
                                                          Special Counsel
**BRENT WEBSTER**                                         Tex. State Bar No. 24062197
First Assistant Attorney General                          SDTX No. 1055556

**RALPH MOLINA**                                          MARK A. CSOROS
Deputy First Assistant Attorney General                   Assistant Attorney General
                                                          Texas State Bar No. 24142814
                                                          SDTX No. 3896171
**RYAN D. WALTERS**
Deputy Attorney General for Legal Strategy                OFFICE OF THE ATTORNEY GENERAL OF TEXAS
                                                          Special Litigation Division
**RYAN G. KERCHER**                                       P.O. Box 12548, Capitol Station
Chief, Special Litigation Division                        Austin, Texas 78711-2548
                                                          Tel.: (512) 463-2100
                                                          Zachary.Berg@oag.texas.gov
                                                          Mark.Csoros@oag.texas.gov

                                                          **COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 27, 2025 and that all counsel of record were served by CM/ECF.

                                        */s/Wade Johnson*
                                        WADE JOHNSON