IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEXAS A&M QUEER EMPOWERMENT COUNCIL<br>   *Plaintiffs*,<br><br>v.<br><br>WILLIAM "BILL" MAHOMES, ROBERT L. ALBRITTON, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. "RANDY" BROOKS, JAY GRAHAM, MICHAEL A. "MIKE" HERNANDEZ III, MICHAEL J. PLANK, SAM TORN, AND CAGE SAWYERS in their official capacities as members of The Board Of Regents Of The Texas A&M University System;<br><br>JOHN SHARP, in his official capacity as chancellor of The Texas A&M University System, and<br><br>MARK A. WELSH III, in his official capacity as President of Texas A&M University,<br><br>   *Defendant.* | CIVIL ACTION NO. 4:25-cv-992 |

**JOINT STATUS REPORT**

Pursuant to this Court's May 27, 2025, order (ECF No. 46), the parties submit this joint status report.

1. On May 27, 2025, this Court stayed proceedings in this matter "pending the Fifth Circuit's issuance of a ruling or other order disposing of *Spectrum WT v. Wendler*, No. 23-10994, or *Woodlands Pride, Inc. v. Paxton*, No. 23-20480[.]" ECF No. 46 at 1.

2. It is the parties' best interpretation of this order that the Court intended the 30-day period to run from the issuance of the mandate. However, out of an abundance of

caution, the parties are submitting this status report 30 days following the issuance of a panel opinion in *Spectrum WT.*

3. On August 18, 2025, the Fifth Circuit panel issued an opinion in which the majority found that the district court erred in not granting a preliminary injunction as to defendants Wendler and Thomas and rendered a judgment of dismissal against defendant Sharp. Doc. No. 186-1 at 1–27. One judge dissented.

4. On August 19, 2025, a judge of the Fifth Circuit withheld issuance of the mandate. Doc. No. 193.

5. On August 22, 2025, Defendants-Appellees filed an unopposed motion for an extension of time to file a petition for rehearing en banc. Doc. No. 196. The Clerk of the Fifth Circuit granted that motion on August 26, 2025. Doc. No. 201.

6. The parties will submit their next status report 30 days following the mandate issuing in either *Spectrum WT v. Wendler*, No. 23-10994, or *Woodlands Pride, Inc. v. Paxton*, No. 23-20480. That report will contain "the Parties' positions on what issues, if any, remain to be litigated in the instant cause." ECF No. 46 at 1.

| | |
|---|---|
| Date: September 17, 2025 | Respectfully submitted, |
| KEN PAXTON<br>Attorney General of Texas | /s/ Zachary W. Berg<br>ZACHARY W. BERG<br>Special Counsel<br>Texas State Bar No. 24107706<br>SDTX No. 3481711<br>Zachary.Berg@oag.texas.gov |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Telephone: (512) 463-2100 |
| RYAN D. WALTERS<br>Deputy Attorney General for Legal Strategy | |
| RYAN G. KERCHER<br>Chief, Special Litigation Division | COUNSEL FOR THE STATE OF TEXAS |

/s/ Adam Steinbaugh
Adam Steinbaugh (Cal. Bar No. 304829)*
Jeffrey D. Zeman (Mich. Bar No. P76610)*
FOUNDATION FOR INDIVIDUAL RIGHTS AND
    EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
adam@thefire.org
jeff.zeman@thefire.org

JT Morris (Tex. Bar No. 24094444; S.D. Tex.
    Bar No. 3163670)
FOUNDATION FOR INDIVIDUAL RIGHTS AND
    EXPRESSION (FIRE)
(215) 717-3473
700 Pennsylvania Ave., Suite 340
Washington, DC 20003
jt.morris@thefire.org

* Admitted *pro hac vice*.

Attorneys for Plaintiff
Texas A&M Queer Empowerment Council

3

**CERTIFICATE OF SERVICE**

    Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on September 17, 2025, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

                                                     */s/ Adam Steinbaugh*
                                                     *Adam Steinbaugh*