IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEXAS A&M QUEER EMPOWERMENT COUNCIL<br>    *Plaintiffs*,<br><br>v.<br><br>WILLIAM "BILL" MAHOMES, ROBERT L. ALBRITTON, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. "RANDY" BROOKS, JAY GRAHAM, MICHAEL A. "MIKE" HERNANDEZ III, MICHAEL J. PLANK, SAM TORN, AND CAGE SAWYERS in their official capacities as members of The Board Of Regents Of The Texas A&M University System;<br><br>JOHN SHARP, in his official capacity as chancellor of The Texas A&M University System, and<br><br>MARK A. WELSH III, in his official capacity as President of Texas A&M University,<br><br>    *Defendant.* | CIVIL ACTION NO. 4:25-cv-992 |

### JOINT STATUS REPORT

Pursuant to this Court's May 27, 2025, order (ECF No. 46); and as an update to the joint status report filed on September 17, 2025 (ECF. No. 47), the parties submit this joint status report.

1. On May 27, 2025, this Court stayed proceedings in this matter "pending the Fifth Circuit's issuance of a ruling or other order disposing of *Spectrum WT v. Wendler*, No. 23-10994, or *Woodlands Pride, Inc. v. Paxton*, No. 23-20480." ECF No. 46 at 1.

1

2. On August 18, 2025, the Fifth Circuit panel issued an opinion in which the majority found that the district court erred in not granting a preliminary injunction as to defendants Wendler and Thomas and rendered a judgment of dismissal against defendant Sharp. Doc. No. 186-1 at 21-27. One judge dissented.

3. On August 19, 2025, a judge of the Fifth Circuit withheld issuance of the mandate. *Spectrum WT*, Doc. No. 193.

4. On October 27, 2025, the Fifth Circuit sua sponte ordered rehearing en banc and vacated the August 18, 2025 panel opinion. *Spectrum WT,* No. 23-10994, Doc. No. 207.

5. Appellants in *Spectrum WT* will have until November 24, 2025 to file an en banc brief and the Appellees' en banc brief is due on December 22, 2025. The case is calendared for argument on January 23, 2026.

6. The parties do not anticipate that in the immediate future there will be activity before this Court.

Date: November 3, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

Respectfully submitted,

/s/ Zachary W. Berg
ZACHARY W. BERG
Special Counsel
Texas State Bar No. 24107706
SDTX No. 3481711
Zachary.Berg@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 463-2100

COUNSEL FOR THE STATE OF TEXAS


/s/ Adam B. Steinbaugh
Adam Steinbaugh (Cal. Bar No. 304829)*
Jeffrey D. Zeman (Mich. Bar No. P76610)*
FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
adam@thefire.org
jeff.zeman@thefire.org

JT Morris
Tex. Bar No. 24094444
SDTX No. 3163670
FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION (FIRE)
700 Pennsylvania Ave., Suite 340
Washington, DC 20003
jt.morris@thefire.org

*Admitted *pro hac vice*.

ATTORNEYS FOR PLAINTIFF
TEXAS A&M QUEER EMPOWERMENT COUNCIL

## CERTIFICATE OF SERVICE

      Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on November 3, 2025, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

                                          */s/ Zachary W. Berg*
                                          ZACHARY W. BERG
                                          Special Counsel