**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| TEXAS A&M QUEER EMPOWERMENT COUNCIL,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM "BILL" MAHOMES, ROBERT L. ALBRITTON, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. "RANDY" BROOKS, JAY GRAHAM, MICHAEL A. "MIKE" HERNANDEZ III, MICHAEL J. PLANK, SAM TORN, and CAGE SAWYERS in their official capacities as members of the Board of Regents of the Texas A&M University System;<br><br>JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System, and<br><br>MARK A. WELSH III, in his official capacity as President of Texas A&M University, Defendants.<br><br>*Defendants*. | CASE NO. 4:25-cv-992 |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

Please take notice that Assistant Attorney General enters his appearance as co-counsel for Defendants, in this matter. Mr. Dustin substitutes for Mark A. Csoros, who is hereby withdrawn as counsel of record. Jacob Dustin is a member in good standing with the State Bar of Texas and is authorized to practice in the Southern District of Texas. His contact information is contained in the signature block.

Date: February 3, 2026

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**RYAN D. WALTERS**
Deputy Attorney General for Legal Strategy

**RYAN G. KERCHER**
Chief, Special Litigation Division
Texas Bar No. 24060998

Respectfully submitted.

**WADE A. JOHNSON**
Deputy Chief, Special Litigation
Tex. State Bar No. 24062197
SDTX No. 1055556

**ZACHARY W. BERG**
Special Counsel
Texas Bar No. 24107706
SDTX ID No. 3481711

*/s/Jacob Dustin*
**JACOB DUSTIN**
Assistant Attorney General
Texas Bar No. 24149843
SDTX No. 3947810

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Wade.Johnson@oag.texas.gov
Zachary.Berg@oag.texas.gov
Jacob.Dustin@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 3, 2026 and that all counsel of record were served by CM/ECF.

*/s/Jacob Dustin*
**JACOB DUSTIN**