## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| TEXAS A&M QUEER EMPOWERMENT COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM "BILL" MAHOMES, et al.,<br><br>Defendants. | Case No.: 4:25-cv-992 |

## JOINT STATUS REPORT

Pursuant to this Court's Order of May 27, 2025 (ECF No. 46), and as an update to the joint status reports filed on September 17, 2025, and November 3, 2025, the parties submit this joint status report.

1.      On May 27, 2025, this Court stayed proceedings in this matter "pending the Fifth Circuit's issuance of a ruling or other order disposing of *Spectrum WT v. Wendler*, No. 23-10994, or *Woodlands Pride, Inc. v. Paxton*, No. 23-20480." ECF No. 46 at 1.

***The Spectrum WT v. Wendler appeal is mooted by expedited trial and judgment.***

2.      On August 18, 2025, the Fifth Circuit panel issued an opinion in which the majority found that the district court erred in not granting a preliminary injunction. Doc. No. 186-1 at 21-27. One judge dissented.

3.      On August 19, 2025, a judge of the Fifth Circuit withheld issuance of the mandate. *Spectrum WT*, No. 23-10994 (5th Cir.) Doc. No. 193.

1

4. On October 27, 2025, the Fifth Circuit ordered rehearing en banc and vacated the panel opinion. *Spectrum WT*, No. 23-10994 (5th Cir.), Doc. No. 207.

5. Following a one-day trial on January 14, 2026, the District Court entered judgment against Plaintiff Spectrum WT on January 17, 2026. *Spectrum WT*, No. 2:23-CV-48-Z (N.D. Tex.), ECF Nos. 126, 166, 168, 169.

6. On January 20, 2026, the Fifth Circuit filed an order disposing of the *Spectrum WT* appeal because "the district court's denial of Appellant's request for permanent relief moots the pending appeal from a denial of preliminary relief." *Spectrum WT*, No. 23-10994 (5th Cir.), Doc. No. 336.

7. Plaintiff Spectrum WT filed a notice of appeal from the final judgment on February 12, 2026. That new appeal is now pending before the Fifth Circuit as case number 26-10127.

### *Woodlands Pride.*

8. The Fifth Circuit entered judgment in *Woodlands Pride* on November 6, 2025. *Woodlands Pride v. Paxton*, No. 23-20480 (5th Cir.), Doc. No. 287.

9. On December 4, Appellees in *Woodlands Pride* petitioned the Fifth Circuit for panel rehearing on the limited question of whether the challenge statute is unconstitutionally vague. *Woodlands Pride*, No. 23-20480 (5th Cir.), Doc. No. 298. That issue has no bearing on the questions before this Court and the Fifth Circuit in *Texas A&M Queer Empowerment Council v. Mahomes.*

10. Appellants in *Woodlands Pride* have responded to that petition. *Woodlands Pride*, No. 23-20480 (5th Cir.), Doc. Nos. 303, 305, 307, 308.

11.    The Fifth Circuit may dispense with the pending petition without further argument.

12.    The parties do not anticipate that there will be activity before this Court in the immediate future.

13.    The parties anticipate they will proceed with the resolution of the appeal in this action either when the Fifth Circuit issues an order disposing of the *Woodlands Pride* matter or if the parties jointly or severally move the Fifth Circuit to lift the stay on the pending appeal.

14.    The parties will file a status update with this Court within 30 days of a ruling or other order disposing of *Woodlands Pride* or an order lifting the Fifth Circuit's stay to the appeal in *Texas A&M Queer Empowerment Council v. Mahomes*, whichever comes first.

Date: February 19, 2026

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

RYAN D. WALTERS
Deputy Attorney General for Legal
Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

Respectfully submitted,

*/s/ Zachary Berg*
ZACHARY W. BERG
Special Counsel
Texas State Bar No. 24107706
SDTX No. 3481711
Zachary.Berg@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 463-2100

Counsel for the State of Texas

*/s/ Adam Steinbaugh*
Adam Steinbaugh (Cal. Bar No. 304829)*

Jeffrey D. Zeman (Mich. Bar No. P76610)*
FOUNDATION FOR INDIVIDUAL RIGHTS
AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
adam@fire.org
jeff.zeman@fire.org

JT Morris
Tex. Bar No. 24094444
SDTX No. 3163670
FOUNDATION FOR INDIVIDUAL RIGHTS
AND EXPRESSION (FIRE)
700 Pennsylvania Ave., Suite 340
Washington, DC 20003
jt.morris@fire.org

*Admitted *pro hac vice.*

Attorneys for Plaintiff
Texas A&M Queer Empowerment Council

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on February 19, 2026, a true and correct copy of the above and foregoing document was served using the CM/ECF system to all counsel and parties of record.

*/s/ Adam Steinbaugh*
Adam Steinbaugh
