**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| TEXAS A&M QUEER EMPOWERMENT COUNCIL,<br><br>           Plaintiff,<br><br>     v.<br><br>WILLIAM "BILL" MAHOMES, et al.,<br><br>           Defendants. | Case No.: 4:25-cv-992 |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of May 27, 2025 (ECF No. 46), and as an update to the joint status reports filed on September 17, 2025, November 3, 2025, and February 19, 2026, the parties submit this joint status report.

1.      On May 27, 2025, this Court stayed proceedings in this matter "pending the Fifth Circuit's issuance of a ruling or other order disposing of *Spectrum WT v. Wendler*, No. 23-10994, or *Woodlands Pride, Inc. v. Paxton*, No. 23-20480." ECF No. 46 at 1.

***The Spectrum WT v. Wendler appeal is mooted by expedited trial and judgment.***

2.      On August 18, 2025, the Fifth Circuit panel issued an opinion in which the majority found that the district court erred in not granting a preliminary injunction. Doc. No. 186-1 at 21-27. One judge dissented.

3.      On August 19, 2025, a judge of the Fifth Circuit withheld issuance of the mandate. *Spectrum WT*, No. 23-10994 (5th Cir.) Doc. No. 193.

1

4.      On October 27, 2025, the Fifth Circuit ordered rehearing en banc and vacated the panel opinion. *Spectrum WT*, No. 23-10994 (5th Cir.), Doc. No. 207.

5.      Following a one-day trial on January 14, 2026, the District Court entered judgment against Plaintiff Spectrum WT on January 17, 2026. *Spectrum WT*, No. 2:23-CV-48-Z (N.D. Tex.), ECF Nos. 126, 166, 168, 169.

6.      On January 20, 2026, the Fifth Circuit filed an order disposing of the *Spectrum WT* appeal because "the district court's denial of Appellant's request for permanent relief moots the pending appeal from a denial of preliminary relief." *Spectrum WT*, No. 23-10994 (5th Cir.), Doc. No. 336.

7.      Plaintiff Spectrum WT filed a notice of appeal from the final judgment on February 12, 2026. That new appeal is now pending before the Fifth Circuit as case number 26-10127.

8.      On March 27, 2026, Plaintiff-Appellant Spectrum WT filed a motion to extend its briefing deadline on the basis that the parties intend to jointly petition the Fifth Circuit for initial hearing en banc and to consolidate the *Spectrum WT* action with the *Texas A&M Queer Empowerment Council* appeal. *Spectrum WT*, No. 26-10127 (5th Cir.), Doc. No. 27.

9.      The Fifth Circuit granted Spectrum WT's motion for an extension of time. *Spectrum WT*, No. 26-10127 (5th Cir.), Doc. No. 35-2.

***The Fifth Circuit issues judgment in Woodlands Pride.***

10.     The Fifth Circuit entered judgment in *Woodlands Pride* on November 6, 2025. *Woodlands Pride v. Paxton*, No. 23-20480 (5th Cir.), Doc. No. 287.

11.    On December 4, 2025, Appellees in *Woodlands Pride* petitioned the Fifth Circuit for panel rehearing on the limited question of whether the challenge statute is unconstitutionally vague. *Woodlands Pride*, No. 23-20480 (5th Cir.), Doc. No. 298.

12.    On February 25, 2026, the Fifth Circuit withdrew its panel opinion, replaced it with a new panel opinion, and entered judgment. *Woodlands Pride*, No. 23-20480 (5th Cir.), Doc. Nos. 314–317. The Fifth Circuit issued mandate on March 18, 2026. *Woodlands Pride*, No. 23-20480 (5th Cir.), Doc. No. 323.

***The Fifth Circuit resumes briefing in this matter.***

13.    On April 7, 2026, the Fifth Circuit issued a notice resuming briefing in the appeal of the instant case. *Texas A&M Queer Empowerment Council v. Mahomes*, No. 25-20108 (5th Cir.), Doc. No. 44.

14.    As above, the parties in this matter intend to petition the Fifth Circuit for initial en banc hearing, and to move to consolidate the appeal with the pending appeal in *Spectrum WT*.

15.    The parties do not anticipate that there will be activity before this Court in the immediate future.

16.    The parties will file a status update with this Court within 30 days of a ruling or other order disposing of *Texas A&M Queer Empowerment Council v. Mahomes*.

Date: April 9, 2026                              Respectfully submitted,

KEN PAXTON                                       WADE A. JOHNSON
Attorney General of Texas                        Deputy Chief, Special Litigation

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

RYAN D. WALTERS
Deputy Attorney General for Legal
Strategy

RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998

Tex. State Bar No. 24062197
SDTX No. 1055556

/s/ Zachary W. Berg
ZACHARY W. BERG
Special Counsel
Texas Bar No. 24107706
SDTX No. 3481711

JACOB DUSTIN
Assistant Attorney General
Texas Bar No. 24149843
SDTX No. 3947810

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-2100
Wade.Johnson@oag.texas.gov
Zachary.Berg@oag.texas.gov
Jacob.Dustin@oag.texas.gov

COUNSEL FOR DEFENDANTS

/s/ Adam Steinbaugh
Adam Steinbaugh (Cal. Bar No. 304829)*
Jeffrey D. Zeman (Mich. Bar No. P76610)*
FOUNDATION FOR INDIVIDUAL RIGHTS
AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
adam@fire.org
jeff.zeman@fire.org

JT Morris
Texas Bar No. 24094444
SDTX No. 3163670
FOUNDATION FOR INDIVIDUAL RIGHTS
AND EXPRESSION (FIRE)
700 Pennsylvania Ave., Suite 340
Washington, DC 20003
jt.morris@fire.org

4

*Admitted *pro hac vice.*

Attorneys for Plaintiff
Texas A&M Queer Empowerment Council

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on April 9, 2026, a true and correct copy of the above and foregoing document was served using the CM/ECF system to all counsel and parties of record.

*/s/ Adam Steinbaugh*
Adam Steinbaugh